# EXHIBIT A



**Kutak Rock LLP**
1801 California Street, Suite 3000, Denver, CO 80202-2652
office 303.297.2400

**Chad T. Nitta**
303.292.7721
chad.nitta@kutakrock.com

December 20, 2022

**VIA E-MAIL ONLY**

Dario A. Machleidt, Esq.
Kathleen R. Geyer, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
DMachleidt@kilpatricktownsend.com
KGeyer@kilpatricktownsend.com

> **Re:**   *Dr. Mark A. Barry v. SeaSpine Holdings Corp., et al.*
> U.S. District Court (D. Del.); C.A. No. 21-806 (RGA),
> Consolidated with C.A. 20-1787-RGA-SRF (Lead Case)
> **Plaintiff's Mariner Deformity Infringement Claim Charts**

Dear Counsel:

I write regarding deficiencies in Plaintiff Dr. Mark A. Barry's Claim Charts for Infringement of U.S. Patent Nos. 8,361,121, 9,339,301, 7,670,358, 9,668,787, and 9,668,788 by SeaSpine's Mariner® Adult Deformity System which were served on December 7, 2022 (the "Mariner Claim Charts").

First, the Mariner Claim Charts violate Judge Fallon's October 26, 2022 Order in which she expressly struck Plaintiff's identification of the Mariner MIS system, the Mariner Pedicle Screw system, the Malibu system, the NewPort system, the Atoll OCT system, the Sierra system, and the NorthStar system (collectively the "Excluded Products") as "accused products" pursuant to Section 4(a) of the Delaware Default Standard for Discovery (the "Default Standard").  In contravention of Judge Fallon's Order, Plaintiff included in the Mariner Claim Charts infringement allegations related to each of the Excluded Products.  (*See, e.g.*, Chart for the '301 Patent at 2-3.) Plaintiff's attempt to circumvent Judge Fallon's Order under the guise of submitting infringement claim charts for the Mariner Adult Deformity System is improper.

Second, Plaintiff includes in each of the Mariner Claim Charts infringement contentions that are based on combining the "use of any Mariner derotation instruments together with (a) the instruments from a non-Mariner system and/or (b) the implants from a non-Mariner system." (*Id.* at 2.)  In striking the Excluded Products, Judge Fallon found that Plaintiff's allegations in the

**KUTAK**ROCK

Dario A. Machleidt, Esq.
Kathleen R. Geyer, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
December 20, 2022
Page 2

operative Complaint do not support an infringement theory that is based on combining derotation instruments and implants from different SeaSpine products. Plaintiff conceded the accuracy of Judge Fallon's ruling when he sought leave to amend the operative Complaint to include the *precise* allegations set forth in the Mariner Claim Charts. [D.I. 123.] As the Court has not granted Plaintiff leave to amend, the Mariner Claim Charts are not supported by the allegations in the operative Complaint and are contradicted by Judge Fallon's Order and are therefore improper.

Third, the Mariner Claim Charts are inconsistent with Federal Rule of Civil Procedure 26 and the Default Standard. During the October 26, 2022 Discovery Conference, Judge Fallon upheld Plaintiff's identification of the Mariner Adult Deformity System pursuant to Section 4(a) of the Default Standard. Accordingly, SeaSpine produced its Core Technical Production related to the Mariner Adult Deformity System on November 9, 2022. Among other things, that production clearly shows that the Mariner Adult Deformity System does *not* include derotation clips that link engagement members along the spine as required by the claims of the Asserted Patents. Plaintiff concedes as much in the Mariner Claim Charts, contending that a surgeon would use *Daytona* derotation clips[1] to link along the spine. (*See, e.g.*, Chart for the '301 Patent at 10.) A tenet of the Default Standard, consistent with Rule 26, is to promote efficient, proportional discovery related to relevant information. By ignoring the information that was disclosed in SeaSpine's Core Technical Production—namely that the Mariner Adult Deformity System does not include derotation clips to link engagement members along the spine—Plaintiff is contravening one of the purposes of the Default Standard by attempting to accuse a product of infringement that does not, on its own, meet all of the elements of any claim of the Asserted Patents.

Fourth, the Mariner Claim Charts are facially deficient. Unable to find support for his infringement contentions in the Core Technical Production—because no such documents exist—Plaintiff instead repeatedly makes contentions on "information and belief." One of the purposes of the core technical production requirement under the Default Standard is to facilitate the patent holder putting forth infringement allegations that are based on relevant technical documents. Plaintiff's repeated invocation of "information and belief" in the Mariner Claim Charts underscores the *absence* of documents in the Core Technical Production that support his infringement contentions as well as calls into question the bases for his "information and belief."

Lastly, Plaintiff's citation in the Mariner Claim Charts to an expert report that (1) was prepared more than three years ago, (2) addresses *different* products from *different* manufacturers (Globus and DePuy), and (3) addresses an entirely different fact pattern further underscores the deficiencies in Plaintiff's infringement contentions. In the section of the report cited by Plaintiff,

---

[1] To support this contention, Plaintiff again relies on allegations from his proposed First Amended Complaint, thereby further confirming that Plaintiff's infringement allegations related to Mariner Adult Deformity are not supported by the operative Complaint.

**KUTAK**ROCK

Dario A. Machleidt, Esq.
Kathleen R. Geyer, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
December 20, 2022
Page 3

Dr. Sharma was addressing whether the removal of information regarding *en bloc* derotation from a technique guide is sufficient to stop indirect infringement when surgeons had already been trained to use the tools and instruments to perform *en bloc* derotation. (*See e.g., id.* at 11.) In contrast to the fact pattern considered by Dr. Sharma, the Mariner Adult Deformity System is brand new, has not been used by surgeons to perform *en bloc* derotation, its technique guide has never included instructions related to using the system for *en bloc* derotation, and does not include the instruments necessary to perform *en bloc* derotation. Accordingly, Dr. Sharma's 2019 opinion regarding Globus and DePuy products *has no relevance* to Plaintiff's infringement contentions regarding the Mariner Adult Deformity System. The fact that Plaintiff had to rely on irrelevant expert testimony to support the Mariner Claim Charts underscores the fact that the charts are fatally deficient.

On their face, the Mariner Claim Charts circumvent Judge Fallon's Order, the Default Standard, and Plaintiff's own pending request for leave to amend the operative Complaint. To the extent that Plaintiff seeks to exploit the Mariner Claim Charts as a basis to demand documents or information related to the Mariner Adult Deformity System beyond the Core Technical Production, such documents and information are not within the proper scope of discovery. SeaSpine expressly reserves the right to seek an appropriate protective order should that become necessary. SeaSpine is willing to confer regarding whether any production would be appropriate in the event the Court grants Plaintiff's Objections to Judge Fallon's Order or should the Court grant Plaintiff leave to amend the operative Complaint.

Please contact me with any questions.

Truly yours,

Chad T. Nitta

cc:    Brian P. Egan, Esq.
       Cameron Clark, Esq.
       Regina S.E. Murphy, Esq.
       BarryDelaware@kilpatricktownsend.com

4863-4739-7701.1

# EXHIBIT B

| | |
|---|---|
| **From:** | Clark, Cameron |
| **To:** | Murphy, Gigi; Damitio, Chris; Chad T. Nitta; Egan, Brian P.; Franson, Becky M. |
| **Cc:** | BarryDelaware; Jason Jackson; Heather Tilley; Morbach, Shelby L. |
| **Subject:** | RE: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts |
| **Date:** | Friday, December 30, 2022 1:39:15 PM |

**CAUTION: External Email**

Gigi,

We will accept your edits and file shortly.

Best,
Cameron

-----Original Message-----
From: Murphy, Gigi <Gigi.Murphy@btlaw.com>
Sent: Friday, December 30, 2022 3:37 PM
To: Clark, Cameron <cclark@morrisnichols.com>; Damitio, Chris <CDamitio@kilpatricktownsend.com>; Chad Nitta <chad.nitta@kutakrock.com>; Egan, Brian P. <began@morrisnichols.com>; Franson, Becky M. <Becky.Franson@KutakRock.com>
Cc: Barry Delaware <BarryDelaware@kilpatricktownsend.com>; Jason Jackson <jason.jackson@kutakrock.com>; Heather Tilley <heather.tilley@kutakrock.com>; Morbach, Shelby L. <Shelby.Morbach@KutakRock.com>
Subject: [EXT] RE: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts

Hi Cameron,

We can agree to disagree about the email exchange.

Meanwhile, a slightly revised version of the motion requesting a discovery dispute teleconference is attached.

We have edited the scope of the dispute because there is no need to seek a protective order on products that Dr. Barry is not seeking discovery on at this time.  We also edited to state explicitly the fact discovery deadline, so Judge Fallon doesn't necessarily have to consult the scheduling order.

With the edits in the attached, you may sign for me and file.

Thanks.

Gigi

Gigi Murphy
Barnes & Thornburg LLP
222 Delaware Ave, Suite 1200, Wilmington, DE 19801
Direct: (302) 300-3475  | Mobile: (610) 457-2739

Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | New York | Ohio | Raleigh | Salt Lake City | Texas | Washington, D.C.

-----Original Message-----
From: Clark, Cameron <cclark@morrisnichols.com>
Sent: Friday, December 30, 2022 2:07 PM
To: Damitio, Chris <CDamitio@kilpatricktownsend.com>; Chad Nitta <chad.nitta@kutakrock.com>; Egan, Brian P. <began@morrisnichols.com>; Franson, Becky M. <Becky.Franson@KutakRock.com>
Cc: Murphy, Gigi <gigi.murphy@btlaw.com>; Barry Delaware <BarryDelaware@kilpatricktownsend.com>; Jason Jackson <jason.jackson@kutakrock.com>; Heather Tilley <heather.tilley@kutakrock.com>; Morbach, Shelby L. <Shelby.Morbach@KutakRock.com>
Subject: [EXTERNAL]RE: Barry v. SeaSpine (20-1787): 2022-12-20 (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts

Chris,

Although we do not dispute that the parties are at an impasse, SeaSpine disagrees with multiple mischaracterizations of the parties' meet and confer in your summary.  For example, SeaSpine did not acknowledge it had a duty to move to strike, nor did it agree that it was our obligation to seek a resolution or that sending a substantive letter was not proper.  SeaSpine will dispute Dr. Barry's characterizations of the meet and confer as necessary if asserted as fact in the briefing of this dispute.

A draft joint motion requesting a discovery dispute teleconference is attached.  Please confirm that we may sign and file.

Best,
Cameron

-----Original Message-----
From: Damitio, Chris <CDamitio@kilpatricktownsend.com>
Sent: Thursday, December 29, 2022 9:02 PM
To: Chad Nitta <chad.nitta@kutakrock.com>; Egan, Brian P. <began@morrisnichols.com>; Clark, Cameron <cclark@morrisnichols.com>; Franson, Becky M. <Becky.Franson@KutakRock.com>
Cc: gigi.murphy@btlaw.com; BarryDelaware <BarryDelaware@kilpatricktownsend.com>; Jackson, Jason S. <Jason.Jackson@KutakRock.com>; Tilley, Heather N. <Heather.Tilley@KutakRock.com>; Morbach, Shelby L. <Shelby.Morbach@KutakRock.com>
Subject: [EXT] RE: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts

Chad,

Thank you for meeting with us today.

The parties are at an impasse regarding SeaSpine's production of additional documents regarding the Mariner Adult Deformity system. SeaSpine refused to produce documents regarding the Mariner Adult Deformity System beyond its core technical production because SeaSpine believes that the Mariner Adult Deformity System infringement contentions fail to demonstrate how the Mariner Adult Deformity System alone meets all of the limitations of the Asserted Claims.

As we demonstrated on the call with respect to the '358 Patent, Dr. Barry's infringement contentions detail how the Mariner Adult Deformity System alone meets each of the limitations of the Asserted Patents and included, in addition and in the alternative, allegations regarding combinations of Mariner Adult Deformity System with other systems. As Dr. Barry explained, Dr. Barry's inclusion of other pedicle screw systems (i.e., NewPort, NorthStar, Atoll OCT, Malibu, and Mariner MIS implants) was to preserve his rights and avoid any unnecessary delay regarding further disputes should the Court rule in Dr. Barry's favor on the pending motion for leave to amend his complaint and/or his objections to Judge Fallon's Order. For the avoidance of doubt and as we repeatedly stressed on the call, at this time, Dr. Barry is not seeking discovery for any other product besides the Mariner Adult Deformity System (and of course, the Daytona derotation systems). Yet even with this clarification today, SeaSpine continued to refuse to produce additional documents related to the Mariner Adult Deformity System.

When asked which specific limitations SeaSpine believes were not met by Mariner Adult Deformity System alone, SeaSpine could not identify a single limitation but generally referred Dr. Barry to its Dec. 20 letter.  However, that letter only alleges that the "Mariner Adult Deformity System does not include derotation clips that link engagement members along the spine as required by the claims of the Asserted Patents." Dec. 2 Letter at 2.  We pointed to p. 9 of the '358 infringement chart that includes the allegation that "the Mariner Adult Deformity System can also be linked longitudinally, i.e., along the spine, with the use of the Segmental Derotation Assembly, Longitudinal" linking mechanism. Your response when we pointed this out was that you "read the contentions differently."

Dr. Barry's infringement contentions with respect to Mariner Adult Deformity System alone are not deficient, and you did not provide any legal or factual reasons today that defend SeaSpine's refusal to produce documents regarding the Mariner Adult Deformity System.  It is incredibly disappointing that we are forced to raise this issue, once more, with the Court.

In addition, SeaSpine's letter simply stated that it refused to engage in any further discovery regarding the Mariner Adult Deformity System.  On today's call you acknowledged that SeaSpine was required to affirmatively move to strike Dr. Barry's contentions or seek a protective order to avoid such discovery.  Yet SeaSpine did not seek a meet and confer and forced Dr. Barry to schedule the meet and confer so that

Dr. Barry could move to compel. This is improper. In the future, we expect SeaSpine to meet its discovery obligations, including timely seeking to resolve disputes instead of forcing Dr. Barry to do so for SeaSpine.

In light of SeaSpine's continued delay and repeated discovery disputes over the Mariner Adult Deformity System, we also confirmed on the call that Dr. Barry reserves his rights to seek sanctions in the form of his fees incurred in moving to compel or responding to SeaSpine's motion for a protective order and for approaching the Court repeatedly on this issue.

Finally, we also discussed SeaSpine's December 5 response to Dr. Barry's Interrogatory No. 10 (which Dr. Barry served on November 4). SeaSpine responded under Rule 33(d) yet cited no documents and nearly two months later, SeaSpine still has not supplemented its response. Today, you confirmed that SeaSpine will supplement its response to identify relevant documents, but that SeaSpine has not yet produced those documents. You acknowledged the urgency of Dr. Barry's request for a response/documents prior to the noticing of depositions, and agreed to update us by next Friday, January 6, with a substantive response to Interrogatory No. 10 or an update regarding when we can expect responsive information and/or documents. As we stated on the call, the interrogatory seeks at most three numerical answers. It should not take this long to get a response and it is improper for SeaSpine to rely on an empty Rule 33(d) response to delay providing discovery. This delay, among others, has prejudiced Dr. Barry's ability to prepare his case, especially with fact discovery closing on February 17.

We look forward to receiving your portion of the joint dispute resolution form so that we can get it on file tomorrow.

Thanks,
Chris

Christopher P. Damitio
Kilpatrick Townsend & Stockton LLP
Suite 3700 | 1420 Fifth Avenue | Seattle, WA  98101 office 206 516 3097 | fax 206 623 6793 cdamitio@kilpatricktownsend.com | www.kilpatricktownsend.com

-----Original Message-----
From: Nitta, Chad T. <Chad.Nitta@KutakRock.com>
Sent: Wednesday, December 28, 2022 3:16 PM
To: Damitio, Chris <CDamitio@kilpatricktownsend.com>; Egan, Brian P. <began@morrisnichols.com>; cclark@morrisnichols.com; Franson, Becky M. <Becky.Franson@KutakRock.com>
Cc: gigi.murphy@btlaw.com; BarryDelaware <BarryDelaware@kilpatricktownsend.com>; Jackson, Jason S. <Jason.Jackson@KutakRock.com>; Tilley, Heather N. <Heather.Tilley@KutakRock.com>; Morbach, Shelby L. <Shelby.Morbach@KutakRock.com>
Subject: RE: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts

Chris:

That time works for us.

Thanks,
Chad

Chad T. Nitta
Partner

Kutak Rock LLP – Denver
chad.nitta@kutakrock.com
p: 303.292.7721

-----Original Message-----
From: Damitio, Chris <CDamitio@kilpatricktownsend.com>
Sent: Wednesday, December 28, 2022 10:30 AM
To: Nitta, Chad T. <Chad.Nitta@KutakRock.com>; Egan, Brian P. <began@morrisnichols.com>; cclark@morrisnichols.com; Franson, Becky M. <Becky.Franson@KutakRock.com>
Cc: gigi.murphy@btlaw.com; BarryDelaware <BarryDelaware@kilpatricktownsend.com>
Subject: RE: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts

[ CAUTION - EXTERNAL SENDER ]

Chad,

Our team is available at 12:30 PT / 1:30 MT / 3:30 ET tomorrow. Please confirm that time works for you and I will follow-up with a Webex link.

Many thanks,
Chris

Christopher P. Damitio
Kilpatrick Townsend & Stockton LLP
Suite 3700 | 1420 Fifth Avenue | Seattle, WA  98101 office 206 516 3097 | fax 206 623 6793 cdamitio@kilpatricktownsend.com |
https://urldefense.com/v3/__http://www.kilpatricktownsend.com__;!!J3TYrsrKJ_s!dPsUkDag4hxpUCAiBa43CqinWZNopI6IJ6kW_a_0wz4CRIBTBgLnhJs1naE6qEfq45iKpZzgXaQOuXGCu88gvqAEtJc0WV8S

-----Original Message-----
From: Nitta, Chad T. <Chad.Nitta@KutakRock.com>
Sent: Tuesday, December 27, 2022 10:25 AM
To: Damitio, Chris <CDamitio@kilpatricktownsend.com>; Egan, Brian P. <began@morrisnichols.com>; cclark@morrisnichols.com; Franson, Becky M. <Becky.Franson@KutakRock.com>
Cc: gigi.murphy@btlaw.com; BarryDelaware <BarryDelaware@kilpatricktownsend.com>
Subject: RE: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts

Chris:

Is there a time in the late morning or early afternoon (mountain time) on Thursday that will work for your team? That seems like the best window to balance the various time zones in play.

Thanks,
Chad

Chad T. Nitta
Partner

Kutak Rock LLP – Denver
chad.nitta@kutakrock.com
p: 303.292.7721

-----Original Message-----
From: Damitio, Chris <CDamitio@kilpatricktownsend.com>
Sent: Friday, December 23, 2022 4:46 PM
To: Nitta, Chad T. <Chad.Nitta@KutakRock.com>; Egan, Brian P. <began@morrisnichols.com>; cclark@morrisnichols.com; Franson, Becky M. <Becky.Franson@KutakRock.com>
Cc: gigi.murphy@btlaw.com; BarryDelaware <BarryDelaware@kilpatricktownsend.com>
Subject: RE: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts

Chad,

Please provide some times next week that your team is available to meet to discuss the issues raised in your letter.

Many thanks,
Chris

Christopher P. Damitio
Kilpatrick Townsend & Stockton LLP
Suite 3700 | 1420 Fifth Avenue | Seattle, WA  98101 office 206 516 3097 | fax 206 623 6793 cdamitio@kilpatricktownsend.com |
https://urldefense.com/v3/__http://www.kilpatricktownsend.com__;!!3TYrsrKJ_s!dPsUkDag4hxpUCAiBa43CqinWZNcpl6IJ6kW_a_0wz4CRIBTBgLnhJs1naE6qEfq45iKpZzgXaQOuXGCu88gvqAEtJc0WV8S

-----Original Message-----
From: Franson, Becky M. <Becky.Franson@KutakRock.com>
Sent: Tuesday, December 20, 2022 3:29 PM
To: Machleidt, Dario <dmachleidt@kilpatricktownsend.com>; Geyer, Kate <KGeyer@kilpatricktownsend.com>
Cc: Chad T. Nitta <chad.nitta@kutakrock.com>; Egan, Brian P. <began@morrisnichols.com>; cclark@morrisnichols.com; gigi.murphy@btlaw.com; BarryDelaware <BarryDelaware@kilpatricktownsend.com>
Subject: Barry v. SeaSpine (20-1787): 2022-12-20 Ltr (Nitta to Machleidt, Geyer) re Plaintiff's Mariner Deformity Infringement Claim Charts


Counsel,

Please see the attached correspondence from Chad Nitta.

Thank you.
Becky

Becky Franson
Senior Legal Secretary

KUTAK ROCK LLP
1801 California Street, Suite 3000, Denver, CO 80202 becky.franson@kutakrock.com
direct: 303.292.7895  main: 303.297.2400 http://www.kutakrock.com

*********************************************************************
This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.

_____

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

_____

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged.
If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. MARK A. BARRY,                              )
                                               )
              Plaintiff,                        )
                                               )
       v.                                       )    C.A. No. 20-1787 (RGA) (SRF)
                                               )    (CONSOLIDATED)
STRYKER CORPORATION, et al.                     )
                                               )
              Defendants.                       )

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Plaintiff Dr. Mark A. Barry ("Barry") and Defendants SeaSpine Holdings Corp., SeaSpine

Orthopedics Corp., and SeaSpine, Inc. (collectively "SeaSpine") respectfully move this Court to

schedule a teleconference to address outstanding disputes regarding the following discovery

matters:

- SeaSpine's Motion for a Protective Order concerning discovery related to Mariner Adult
  Deformityproducts identified in the Infringement Claim Charts served by Barry on
  December 7, 2022.

The following attorneys, including at least one Delaware Counsel and at least one Lead

Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on

December 29, 2022:

**Delaware Counsel**:  Regina S.E. Murphy (for Barry), Cameron Clark (for SeaSpine).

**Lead Counsel**: Dario Machleidt, Chris Damitio, and Kate Geyer (for Barry), Chad Nitta

(for SeaSpine).

In order to resolve this issue promptly and in light of the deadlines in the Scheduling

OrderFebruary 17, 2023 deadline for fact discovery to be complete, the Parties respectfully request

that, if available, the Court set a teleconference on either **January 10, 2023 or January 11, 2023**.

BARNES & THORNBURG LLP

/s/
_____

Regina S.E. Murphy (No. 5648)
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801
Tel: (302) 300-2474
gigi.murphy@btlaw.com

*Attorneys for Plaintiff Dr. Mark A. Barry*


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/
_____

Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants SeaSpine Holdings Corporation, SeaSpine Orthopedics Corporation, and SeaSpine, Inc.*

December 30, 2022

# EXHIBIT D

U.S. Patent No. 7,670,358

███████████████████████████████████████████

## Infringement of U.S. Patent No. 7,670,358 by SeaSpine's Mariner® Adult Deformity System

Plaintiff Dr. Mark A. Barry contends that the Mariner® Adult Deformity System—made, used, sold/offered for sale and/or loaned or consigned, and marketed by Defendants SeaSpine Holdings Corp., SeaSpine Orthopedics Corp., and SeaSpine, Inc. ("SeaSpine")—and all compatible components, systems, and constructs, infringes Claims 4 and 5 (the "Asserted Claims") of U.S. Patent No. 7,670,358 ("the '358 patent") when surgeons perform an infringing procedure.  The specific components, systems, and constructs identified in this chart are for exemplary purposes only and Dr. Barry reserves all rights to supplement as additional components, systems, and constructs become known to Dr. Barry through discovery.  Dr. Barry contends that the components, systems, and constructs identified below are made available by SeaSpine at least through modular kits distributed by SeaSpine through its sales representatives to surgeons performing the infringing methods and constructing the infringing systems, and that SeaSpine's infringement arises at least through the act of making the Mariner Adult Deformity System modular kits and all compatible components, systems, and constructs available to surgeons.

Specifically, SeaSpine induces infringement of Dr. Barry's claimed methods and systems through programs and efforts at instruction and education, with knowledge of Dr. Barry's patents.  For example, SeaSpine uses sales representatives and training programs, including providing written materials, to detail the benefits and manner of creating surgical constructs that it knows would infringe Dr. Barry's patents. Indeed, SeaSpine has an entire webpage devoted to training and education. https://www.seaspine.com/training-and-education/.  SeaSpine advertises that "SeaSpine® provides hands on training with our experts through a Company Overview and Systems Training (COAST) program, opportunities for peer-to-peer training with surgeons and a custom built bioskills lab to engage in education at a state of the art facility."  *Id*.  Finally, SeaSpine has a page directed to spinal fixation products.  *See* https://www.seaspine.com/product-types/fixation.  SeaSpine describes its fixation systems as "screws, rods, or plates that are used to help stabilize and align the spine during the healing process."  *Id*.

SeaSpine induces infringement knowing the validity and specific infringement of Dr. Barry's Asserted Claims through its own monitoring of the market of spinal deformity correction and the outcome of *Mark A. Barry, MD, v. Medtronic, Inc*., Civil Action No. 14-104 (E.D. Tex.) (the "Medtronic litigation").  For example, SeaSpine stated in its Answer to Dr. Barry's Complaint that "Defendant SeaSpine, Inc. admits that it was served with subpoena(s) by Plaintiff related to his lawsuit against Medtronic."  D.I. 17 at ¶ 45.  Defendant SeaSpine also admits that its Predecessor Integra LifeSciences received a letter from Dr. Barry on August 25, 2017, regarding its infringement of Dr. Barry's Asserted Patents, including the '358 Patent.  *Id.* at ¶ 46.

Moreover, SeaSpine has induced infringement of Dr. Barry's patents based on its Mariner Adult Deformity System since at least the launch of that system and, in any event, no later than the date of these infringement contentions. SeaSpine provides specific instruction, encouragement, and education to surgeons that induces their infringement of Dr. Barry's claimed methods and systems.

U.S. Patent No. 7,670,358 ███████████████████████████████████

SeaSpine performs each of these actions with specific knowledge of its infringement and with intent to cause infringement, or at the very least, with intentional, willful blindness to the infringing nature of its induced conduct. For example, SeaSpine specifically intended to infringe this and all other Asserted Patents[1] at least since the launch of the Mariner Adult Deformity System. Indeed, by then, Dr. Barry had already sent Integra LifeSciences (which spun-off SeaSpine) an August 28, 2017, letter regarding infringement of the Asserted Patents based on another SeaSpine derotation system, Daytona, where SeaSpine admits that the Mariner Adult Deformity system merely ██████████████ SeaSpine_Barry_001385 at 1406. Further, Dr. Barry served SeaSpine, Inc. with subpoenas in relation to the prior Medtronic litigation on January 27, 2016, identifying the '358 and '121 patents.

The following charts explain how the Mariner Adult Deformity System, when used in deformity surgery as instructed, taught, and encouraged by SeaSpine, infringes the asserted claims.  Dr. Barry's infringement contentions within this document apply to all iterations and versions, whether discontinued or still in use, of the Mariner Adult Deformity System.  *See, e.g., Linex Techs., Inc. v. Belkin Int'l, Inc.*, 628 F. Supp. 2d 703, 711 (E.D. Tex. 2008) ("Plaintiff is correct that using an exemplary product to outline infringement contentions can be sufficient.").

To avoid any doubt, Dr. Barry's infringement contentions extend to and encompass the use of any Mariner derotation instruments together with (a) the instruments from a non-Mariner system and/or (b) the implants from a non-Mariner system.  For example, SeaSpine teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* ████████████████████████████████████ ████████████████████████████████████ ████████████; *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device).

Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe the asserted claims. Dr. Barry's infringement theories extend to all of SeaSpine's screw- and rod-based systems that share the infringing characteristics. These include, by way of example only:

- Daytona™ Deformity System instruments with NewPort Spinal Implants. *See* Newport Spinal System Indications for Use

---

[1] United States Patent Nos. 7,670,358 ("the '358 patent"); 8,361,121 ("the '121 patent"); 9,339,301 ("the '301 patent"); 9,668,787 ("the '787 patent"); and 9,668,788 ("the '788 patent") are, collectively, the "Asserted Patents."

U.S. Patent No. 7,670,358

██████████████████████████████████████████

- Daytona™ Deformity System instruments with NorthStar Spinal implants. *See* NorthStar OCT Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Atoll OCT Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Sierra Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Malibu Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Mariner Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Mariner Adult Deformity Instruments with Mariner Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with Mariner MIS Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with North Star Spinal System implants. *See* NorthStar OCT Spinal System Indications for Use.

Accordingly, each of these Accused Instrumentalities and the use thereof infringe for the reasons that follow.

U.S. Patent No. 7,670,358

██████████████████████████████████████████████████████████

**Asserted Claims 4 and 5:** Infringement under 35 U.S.C. §§ 271(a) and (b)

**Claims 1-3** (because claim 3 is incorporated by reference in Asserted Claim 4, and claim 2 is incorporated by reference in Asserted Claim 5, and both claims 2 and 3 depend from claim 1):

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| **[Element 1-A]** A method for aligning vertebrae in the amelioration of aberrant spinal column deviation conditions comprising the steps of: | The Mariner Adult Deformity System is used to align vertebrae in the amelioration of aberrant spinal column deviation conditions. SeaSpine explains that the ████████████████████████ ████████████████████████ Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2818. SeaSpine also explains that the indications for use of the Mariner Adult Deformity System include ██████████ *Id.* at -2851. SeaSpine also explains that the Mariner Adult Deformity System is "comprised of a range of implants, such as pre-contoured and constrained rods, uni-planar and fenestrated screws, hooks, lateral connectors, and modular screw heads, including those with a rigidly attached rod connector, as well as instruments for pedicle subtraction osteotomy, iliac fixation, reduction, derotation, and correction."  Mariner Instructions For Use ("Mariner IFU") at 1.<br><br>Surgeons infringe this claim, and the asserted claims, when they use the Mariner Adult Deformity System to aid in deformity correction maneuvers with various SeaSpine pedicle screws and spinal rod-based systems, including the Mariner Polyaxial and Uniplanar screw products. The screw and rod-based systems are exemplary. Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe this claim. Dr. Barry's infringement theories extend to all of SeaSpine's rod-based systems that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, |

U.S. Patent No. 7,670,358

███████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants.<br><br>SeaSpine induces infringement of this claim (and all other Asserted Claims), including, but not limited to, through its surgical technique guide for the Mariner Adult Deformity System. Surgeons infringe this claim, and all other Asserted Claims, when they use the Mariner Adult Deformity System, alone or in combination with any of SeaSpine's screw- and rod-based systems as listed above, as instructed to aid in deformity correction maneuvers. |
| **[Element 1-B]** selecting a first set of pedicle screws, said pedicle screws each having a threaded shank segment and a head segment; | A surgery performed using the Mariner Adult Deformity System infringes when used in conjunction with a first set of pedicle screws having threaded shank segments and head segments. Multiple pedicle screws are implanted into a patient's spine as a first set of pedicle screws. *See, e.g.,* SeaSpine_Barry_002816 at -2820 ████████████████████ ███████████████████████████████████████ ████████████. An exemplary depiction of a first set of pedicle screws appears below: |

U.S. Patent No. 7,670,358

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  |

*Id*. at -2838 (annotated).

An exemplary depiction of individual Mariner polyaxial screw appears below.

These Mariner Adult Deformity System screws include both a threaded shank segment and a head segment. *Id*. at -2824

U.S. Patent No. 7,670,358

████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  *Id.* at -2824 (annotated).<br><br>These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 7,670,358

███████████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | |
| **[Element 1-C]** selecting a first pedicle screw cluster derotation tool, said first pedicle screw cluster derotation tool having first handle means and a first group of pedicle screw engagement members which are mechanically linked with said first handle means, each pedicle screw engagement member being configured for engaging with, and transmitting manipulative forces applied to said first handle means to said head segment of each pedicle screw of said first set of pedicle screws, | The Mariner Adult Deformity System includes a first pedicle screw cluster derotation tool with a first handle means mechanically linked with a first group of pedicle screw engagement members. <br><br> The pedicle screw cluster derotation tool is assembled in Mariner Adult Deformity by, for example, ████████████████████████████ ████████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), ████████████ (SeaSpine_Barry_002816 at -2831), and ████████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) and the tools and equipment used to assemble the construct. <br><br> On information and belief, surgeons have used the Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), and the Segmental Derotation Assembly, Longitudinal to connect a first group of pedicle screw engagement members of the Mariner Adult Deformity System both along and across the spine to construct a first pedicle screw cluster derotation tool. On further information and belief, SeaSpine has instructed, taught, encouraged surgeons to make such constructs. *See, e.g.,* Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ████████████████ *See also* ██████ Design Validation Test Report, SeaSpine_Barry_002856 at -2905 ██████████████████████ |

U.S. Patent No. 7,670,358

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
|  | Upon information and belief, the Mariner Adult Deformity System can also be linked longitudinally, i.e., along the spine, with use of the Segmental Derotation Assembly, Longitudinal. |

U.S. Patent No. 7,670,358

████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System.<br><br>SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, "Daytona Small Stature Guide")<br><br>████████████████████████████████████████<br>████████████████████████████████████████<br>████████████ ████████████████████ *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device).<br><br>On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to link or connect Mariner Adult Deformity System derotators along and/or across the spine.<br><br>The Mariner Adult Deformity Spinal System includes a handle means mechanically linked to the pedicle screw engagement members, which in turn, engage pedicle screws implanted in the same vertebra. While not explicitly depicted in the Mariner Deformity Surgical Technique guide, as discussed |

U.S. Patent No. 7,670,358

████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | above, the Daytona Deformity derotation clips and/or the Mariner Adult Deformity System's Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), the Segmental Derotation Assembly, Longitudinal, can be and have been applied between pedicle screw engagement members along the same side of the spine to form a first pedicle screw cluster derotation tool, including handle means mechanically linked to the pedicle screw engagement members (e.g., the manipulators or rotation tubes), which in turn engage a first set of pedicle screws implanted in multiple vertebra. *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id.* at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done.").<br><br>Thus, when the handle means are rotated by a surgeon during surgery, manipulative forces that are applied to the handle means are transferred to the head segments of the pedicle screws. This distributes the forces over multiple vertebral levels and results in the corrective global or *en bloc* axial rotation. SeaSpine_Barry_002280 at -2289 ██████████ ██████████ *see also id.* ██████████ ██████████████████████ ████████████ |

U.S. Patent No. 7,670,358

██████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | To the extent this limitation is not literally present during spinal derotation, this limitation is satisfied under the doctrine of equivalents. Upon information and belief, spinal derotation performed using the Mariner Adult Deformity System handles and pedicle screw engagement members performs the same function in the same way with the same result as the claim element at issue. The function is to allow for the simultaneous application of manipulative forces to the engagement member (or as a part that may be grasped by the hand). In terms of the way, the handle connects to the pedicle screw engagement member which forms a cluster with other such members. In order to derotate the spine, the surgeon applies manipulative forces to a handle, which is, in turn, applied to each pedicle screw engagement member within the cluster. Thus, the result is the simultaneous application of manipulative forces to each pedicle screw engagement member in the cluster. For the same reasons, a person of ordinary skill in the art would find any differences between the Mariner Adult Deformity System and the claim limitation at issue to be insubstantial, and that the Mariner Adult Deformity System and the claim limitation are interchangeable. |
| **[Element 1-D]** "pedicle screw engagement members which are mechanically linked with said first handle means" | *See* Element 1-C.  The first handle means and pedicle screw engagement members are mechanically linked because they are physically connected to each other. |
| **[Element 1-E]** implanting a [sic] each pedicle screw in a pedicle region of each of a first group of multiple vertebrae of a spinal column which exhibits an aberrant spinal column deviation condition; | The surgeon implants the Mariner Adult Deformity System pedicle screw in the pedicle region of a first group of multiple vertebrae of a spinal column having an aberrant deviation condition.  *See, e.g.*, SeaSpine_Barry_002816 at -2822-26.

The figure below shows a depiction of implanted pedicle screws. |

U.S. Patent No. 7,670,358

████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | <br><br>*Id.* at -2826 (annotated). |
| **[Element 1-F]** engaging each pedicle screw engagement member respectively with said head segment of each pedicle screw of said first | The Mariner Adult Deformity System includes pedicle screw engagement members that engage with the head segments of each screw in the first set of pedicle screws. The design of the system allows for a quick attachment and |

U.S. Patent No. 7,670,358

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| set of pedicle screws; and | release to the screws involved in the correction maneuver. On information and belief, the Mariner Adult Deformity. *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:32, https://www.seaspine.com/products/mariner/:  Exemplary point of engagement between a pedicle screw engagement member and the head segment of a pedicle screw. |

U.S. Patent No. 7,670,358

███████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| **[Element 1-G]** applying manipulative force to said first handle means in a manner for simultaneously engaging said first group of pedicle screw engagement members and first set of pedicle screws and thereby in a single motion simultaneously rotating said vertebrae of said first group of multiple vertebrae in which said pedicle screws are implanted to achieve an amelioration of an aberrant spinal column deviation condition; | *See* Element 1-C.<br><br>The purpose of using the Mariner Adult Deformity System is to apply a manipulative force to the spine to aid in spinal deformity correction maneuvers. SeaSpine_Barry_002280 at -2289 ████████████ ██████████████████ *see also id.* ██████████ ████████████████████████████████ The surgeon uses the Mariner Adult Deformity System instruments to perform derotation by applying force to the first handle means. This force then travels through the pedicle screw engagement members to the first set of pedicle screws, which are implanted in multiple vertebrae. *See, e.g., id.* This accomplishes simultaneous global or *en bloc* vertebral derotation by distributing the forces over multiple vertebral levels simultaneously, ameliorating the aberrant spinal column deviation condition. *Id.* at -2289 ███████████████████. |
| **[Element 1-H]** selecting a first length of a spinal rod member; where in one or more of said pedicle screws of said first set of pedicle screws each includes: | The Mariner Adult Deformity System works with various Mariner pedicle screws and rod-based systems that are used by selecting a first length of a spinal rod member with a first set of pedicle screws. *See, e.g.,* SeaSpine_Barry_002816 at -2827 ████████████████ ████████████████████████████████ |

U.S. Patent No. 7,670,358

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | *Id*. at -2827. |

U.S. Patent No. 7,670,358

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | <br>*Id.* at -2838 (annotated). |
| **[Element 1-I]** a spinal rod conduit formed substantially transverse of the length of said pedicle screw and sized and shaped for receiving passage of said spinal rod member therethrough; and | Each Mariner Pedicle Screw System pedicle screw has a spinal rod conduit that is formed substantially transverse to the length of the screw body, sized and shaped to receive the spinal rod member. Depicted below is an exemplary Mariner Pedicle Screw System pedicle screw with the spinal rod conduit.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 00:40, https://www.seaspine.com/products/mariner/: |

U.S. Patent No. 7,670,358

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  Spinal rod conduit sized and shaped for receiving passage of said spinal rod member therethrough <br><br> *See also* SeaSpine_Barry_002816 at -2834 (annotated): |

U.S. Patent No. 7,670,358

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | ███████████████████████████████████████████████████████████████████████ |
| **[Element 1-J]** spinal rod engagement means for securing said pedicle screw and said spinal rod member, when extending through said spinal rod conduit, in a substantially fixed relative position and orientation; | The Mariner Adult Deformity System includes spinal rod engagement means for securing each pedicle screw and spinal rod, extending through the spinal rod conduit, in a substantially fixed relative position and orientation. For example, Mariner Pedicle Screw System screws include a set screw that is used to secure each pedicle screw and spinal rod member in a substantially fixed relative position and orientation. *See e.g.,* SeaSpine_Barry_002816 at -834 ███████████████████████████ |

U.S. Patent No. 7,670,358

████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | ████████████████████████████████ |

U.S. Patent No. 7,670,358

███████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  Spinal Rod engagement means being inserted into the head of the pedicle screw through the pedicle screw engagement means. |

*See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/.

*See also* Mariner IFU, at 1 ("The system consists of single-use implants including fixed, polyaxial, cephalad/caudal restricted-motion, and medial/lateral restrict motion pedicle screws as well as connecting spinal rods and a separate locking element.")

The described pedicle screws and rod-based system is exemplary. Dr. Barry's infringement theories extend to all SeaSpine pedicle screws and rod-based systems that share the infringing characteristics.

U.S. Patent No. 7,670,358

███████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
|  | The Mariner Pedicle Screw System pedicle screws and set screws also meet this claim limitation under the doctrine of equivalents because they perform the same function in the same way with the same result as the claim limitation at issue. The function of the Mariner Pedicle Screw System set screw is to secure the rod onto the head of the pedicle screw. In terms of the way, the Mariner set screw is tightened by the surgeon into the rod conduit, and secures the rod to the heads of the pedicle screw. Thus, the result is that the Mariner set screw engages the rod and tightly secures it against the head of the pedicle screw. For the same reasons, a person of ordinary skill in the art would find the differences between the Mariner set screw and the claim limitation at issue are insubstantial, and that the locking mechanism and the claim limitation are interchangeable. |
| **[Element 1-K]** "spinal rod engagement means for securing each said pedicle screw and said spinal rod"<br><br>35 U.S.C. § 112(6) element | SeaSpine_Barry_002816 at -2834:<br><br>███████████████████████████████████ |

U.S. Patent No. 7,670,358

███████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated). |
| **[Element 1-L]** extending said first length of said spinal rod member through said spinal rod conduits of one or more of said pedicle screws of said first set of pedicle screws; and | Surgeons performing spinal derotation surgeries using the Mariner Adult Deformity System extend a first length of a spinal rod member though a spinal rod conduit of one or more of the pedicle screws of the first set of pedicle screws. For example, the Mariner Adult Deformity System is designed to allow a rod to be extended through one or more of a first set of pedicle screws. *See* https://www.seaspine.com/products/mariner. |

U.S. Patent No. 7,670,358

███████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  extending said first length of said spinal rod member through said spinal rod conduits of one or more of said pedicle screws of said first set of pedicle screws *See, e.g.*, Mariner Strength in Versatility, screenshot from 0:06, https://www.seaspine.com/products/mariner/ (annotated). |
| **[Element 1-M]** after applying said manipulative force to said first handle means, actuating said spinal rod engagement means to secure said vertebrae in their respective and relative positions and orientations as achieved through application of said manipulative force thereto. | The Mariner Adult Deformity System allows for the actuating via tightening of the spinal rod engagement means, after spinal derotation involving the application of manipulative forces, to secure spinal rods and secure the position of the derotated vertebrae in their respective and relative positions and orientations that were achieved through application of manipulative force during derotation. |

U.S. Patent No. 7,670,358

███████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  Spinal Rod engagement means being inserted into the head of the pedicle screw through the pedicle screw engagement means. *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated). |
| **[Element 2-A]** The method of claim 1 further comprising the steps of: | *See* Claim 1. |
| **[Element 2-B]** selecting a second set of pedicle screws; | A second set of pedicle screws may be selected from any numerous locations of pedicle screws implanted by the surgeon during a procedure. |

U.S. Patent No. 7,670,358

██████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ <br><br>SeaSpine_Barry_002816 at -2838 (annotated). |
| [Element 2-C] selecting a second pedicle cluster derotation tool, said second pedicle screw cluster derotation tool having second handle means and a second group of pedicle screw engagement members which are mechanically linked with said second handle means, each pedicle screw engagement member being configured for engaging with, and transmitting manipulative forces applied to | The Mariner Adult Deformity System includes a second pedicle screw cluster derotation tool. *See* Element 1-C and Element 1-D. <br><br>The Mariner Adult Deformity System includes handle means mechanically linked to the pedicle screw engagement members, which in turn engage pedicle screws implanted in the same vertebra. <br><br>SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use |

U.S. Patent No. 7,670,358

████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| said second handle means to said head segment of each pedicle screw of said second set of pedicle screws; | in a single surgery. *See*, e.g. Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – e.g., "Daytona Small Stature Guide") ████████████████████████████████████████ ; *see* also K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device). |

The Mariner Adult Deformity System includes a second pedicle screw cluster derotation tool with a second handle means mechanically linked with a second group of pedicle screw engagement members.

The pedicle screw cluster derotation tool is assembled in Mariner Adult Deformity by, for example, ████████████████████████ ████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), ████████████ (SeaSpine_Barry_002816 at -831), and ████████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) and the tools and equipment used to assemble the construct.

On information and belief, surgeons have used the Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), and the Segmental Derotation Assembly, Longitudinal to connect a first group of pedicle screw engagement members of the Mariner Adult Deformity System both along and across the spine to construct a first pedicle screw cluster derotation tool. On further information and belief, SeaSpine has instructed, taught, encouraged surgeons to make such constructs. *See, e.g.*, Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ████████████ *See also*

U.S. Patent No. 7,670,358

███████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | Design Validation Test Report, SeaSpine_Barry_002856 at -2905 ████ |
| | ████████████████████████████ |
| | Upon information and belief, the Mariner Adult Deformity System can also be linked longitudinally, i.e., along the spine, with use of the Segmental Derotation Assembly, Longitudinal. |
| | As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System. |
| | SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – e.g., "Daytona Small Stature Guide") |
| | ████████████████████████████████████████; *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device). |
| | On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to |

U.S. Patent No. 7,670,358

███████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | link or connect Mariner Adult Deformity System derotators along and/or across the spine.<br><br>The Mariner Adult Deformity Spinal System includes a handle means mechanically linked to the second set of pedicle screw engagement members, which in turn, engage pedicle screws implanted in the same vertebra. While not explicitly depicted in the Mariner Deformity Surgical Technique guide, as discussed above, the Daytona Deformity derotation clips and/or the Mariner Adult Deformity System's Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), the Segmental Derotation Assembly, Longitudinal, can be and have been applied between pedicle screw engagement members along the same side of the spine to form a first pedicle screw cluster derotation tool, including handle means mechanically linked to the pedicle screw engagement members (e.g., the manipulators or rotation tubes), which in turn engage a first set of pedicle screws implanted in multiple vertebra. *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id.* at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done.").<br><br>Thus, when the handle means are rotated by a surgeon during surgery, manipulative forces that are applied to the handle means are transferred to the head segments of the pedicle screws. This distributes the forces over multiple |

U.S. Patent No. 7,670,358

██████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | vertebral levels and results in the corrective global or en bloc axial rotation. SeaSpine_Barry_002280 at -2289 ███████████████ ████████████████████ *see also id.* ██████████ █████████ ████████████████ ██████████████████████████ ██████████████████ <br><br> Thus, when the exemplary handle means are rotated by a physician during surgery, manipulative forces that are applied to the handle means are transferred to the head segments of the pedicle screws through the pedicle screw engagement members. This distributes the forces over multiple vertebral levels and results in the corrective global or en bloc axial rotation. <br><br> To the extent this limitation is not literally present during spinal derotation, this limitation is satisfied under the doctrine of equivalents. Upon information and belief, spinal derotation performed using the Mariner Adult Deformity System handles and pedicle screw engagement members performs the same function in the same way with the same result as the claim element at issue. The function is to allow for the simultaneous application of manipulative forces to the engagement member (or as a part that may be grasped by the hand). In terms of the way, the handle connects to the pedicle screw engagement member which forms a cluster with other such members. In order to derotate the spine, the surgeon applies manipulative forces to a handle, which is, in turn, applied to each pedicle screw engagement member within the cluster. Thus, the result is the simultaneous application of manipulative forces to each pedicle screw engagement member in the cluster. For the same reasons, a person of ordinary skill in the art would find any differences between the Mariner Adult Deformity System and the claim limitation at issue to be insubstantial, and that the Mariner Adult Deformity System and the claim limitation are interchangeable. |

U.S. Patent No. 7,670,358

███████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| **[Element 2-D]** implanting each pedicle screw in a pedicle region of each of a second group of multiple vertebrae of a spinal column which exhibits an aberrant spinal column deviation condition; | The surgeon implants the Mariner Adult Deformity System pedicle screws in the pedicle region of a second group of multiple vertebrae of a spinal column having an aberrant deviation condition. *See, e.g.*, SeaSpine_Barry_002816 at -2838 (annotated): <br><br> ████████████████████████████████ |
| **[Element 2-E]** engaging each pedicle screw engagement member respectively with said head segment of each pedicle screw of the second set of pedicle screws; and | The Marine Adult Deformity System includes pedicle screw engagement members that engage with the head segments of each screw in the second set of pedicle screws. *See* Element 1-F; *see also* Mariner Design Validation Test Report, SeaSpine_Barry_002856 at -2867 ██████████ ████████████. |

U.S. Patent No. 7,670,358

████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  Exemplary point of engagement between a pedicle screw engagement member and the head segment of a pedicle screw in a second set of pedicle screws <br><br> *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:26, |

U.S. Patent No. 7,670,358

██████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | https://www.seaspine.com/products/mariner/ (annotated). |
| **[Element 2-F]** applying manipulative force to said second handle means in a manner for simultaneously engaging said second group of pedicle screw engagement members and said second set of pedicle screws and thereby in a single motion simultaneously rotating said vertebrae of said second group of multiple vertebrae in which said pedicle screws are implanted to achieve an amelioration of an aberrant spinal column deviation condition. | *See* Element 2-C.<br><br>The purpose of using the Mariner Adult Deformity System is to apply a manipulative force to the spine to aid in spinal deformity correction maneuvers. *See, e.g.,* Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ██████████████████ ██████████████████████ *; see also id.* ████████ ██████████████████████████████████ ████████████████████████████████<br><br>*See also* Design Validation Test Report, SeaSpine_Barry_002856 at -2905 ██████████████████████████████████ ███████████<br><br>Upon information and belief, the surgeon uses the Mariner Adult Deformity System instruments to perform derotation by applying force to the first handle means. This force then travels through the pedicle screw engagement members to the first set of pedicle screws, which are implanted in multiple vertebrae. This accomplishes simultaneous *en bloc* vertebral derotation by distributing the forces over multiple vertebral levels simultaneously, ameliorating the aberrant spinal column deviation condition. *See* Mariner IFU, at 1 ("stating the system includes "instruments for pedicle subtraction osteotomy, iliac fixation, reduction, derotation, and correction"). |
| **[Element 3-A]** The method of claim 2 further comprising the steps of: | *See* Claim 2. |
| **[Element 3-B]** selecting a second length of a | The Mariner Adult Deformity System includes selecting a second length of a |

U.S. Patent No. 7,670,358

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| spinal rod member, wherein one or more of said pedicle screws of said second set of pedicle screws each includes: | spinal rod member. For example, the Mariner Adult Deformity Spinal System includes a variety of spinal rods. The "second length of spinal rod member" refers to, for example, a spinal rod length that engages with a second set of pedicle screws. *See* Element 1-I. <br><br>  <br><br> SeaSpine_Barry_002816 at -2838 (annotated). |
| [Element 3-C] a spinal rod conduit formed substantially transverse of the length of each said pedicle screw and sized and shaped for receiving passage of said spinal rod member therethrough; and | *See* Element 1-L. |

U.S. Patent No. 7,670,358

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| **[Element 3-D]** spinal rod engagement means for securing said pedicle screw and said second spinal rod member, when extending through said spinal rod conduit, in a substantially fixed relative position and orientation; | *See* Element 1-J. |
| **[Element 3-E]** "spinal rod engagement means for securing said pedicle screw and second spinal rod member"<br><br>35 U.S.C. § 112(6) Element | *See* Element 1-K. |
| **[Element 3-F]** extending said second length of said spinal rod member through said spinal rod conduits of one or more of said pedicle screws of said second set of pedicle screws; and | The Mariner Adult Deformity Spinal System allows the surgeon to extend a second length of a spinal rod member through a spinal rod conduit of one or more of the pedicle screws of the second set of pedicle screws. For example, the Mariner Adult Deformity Spinal System can be used with two spinal rods. |

U.S. Patent No. 7,670,358

██████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |   *See* SeaSpine_Barry_002816 at -2838 (annotated). |
| **[Element 3-G]** after applying said manipulative force to said second handle means, actuating said spinal rod engagement means to secure said vertebrae of said second group of multiple vertebrae in their respective and relative positions and orientations as achieved through application of said manipulative force thereto. | The Mariner Adult Deformity System allows for the actuating via tightening of the spinal rod engagement means, after spinal derotation involving the application of manipulative forces, to secure spinal rods and secure the position of the derotated vertebrae in their respective and relative positions and orientations that were achieved through application of manipulative force during derotation. |

U.S. Patent No. 7,670,358

███████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
|  |  *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated). |

**Claim 4:** Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| **[Element 4-A]** The method of claim 3 wherein the steps of applying manipulative force to said | *See* Claim 3. |

U.S. Patent No. 7,670,358

████████████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| first handle means and applying manipulative force to said second handle means are carried out substantially simultaneously to cooperatively achieve an amelioration of an aberrant spinal column deviation condition. | The Mariner Adult Deformity Spinal System is used to aid in spinal deformity correction maneuvers in all planes, i.e., "achieve an amelioration of an ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████ Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2818. SeaSpine also explains that the indications for use of the Mariner Adult Deformity System include ████████████ ████████████████████████████ *Id.* at -2851. The surgeon uses the Daytona Adult Deformity instruments to derotate the spine by applying manipulative force to the first handle means and second handle means substantially simultaneously, as taught by and instructed to do so by SeaSpine. *See, e.g.*, Elements 1-G and 2-F. |

U.S. Patent No. 7,670,358
████████████████████████████████████████████████████

**Claim 5**: Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Daytona® Small Stature Spinal System |
|---|---|
| **[Element 5-A]** The method of claim 2 wherein the steps of applying manipulative force to said first handle means and applying manipulative force to said second handle means are carried out substantially simultaneously to cooperatively achieve an amelioration of an aberrant spinal column deviation condition. | *See* claim 2.<br><br>The Mariner Adult Deformity Spinal System is used to aid in spinal deformity correction maneuvers in all planes, i.e., "achieve an amelioration of an ████████████████████████████████████████ ██████████████████████████████ Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2818. SeaSpine also explains that the indications for use of the Mariner Adult Deformity System include ████████████ ████████████████████ *Id.* at -2851. The surgeon uses the Daytona Adult Deformity instruments to derotate the spine by applying manipulative force to the first handle means and second handle means substantially simultaneously, as taught by and instructed to do so by SeaSpine. *See, e.g.*, Elements 1-G and 2-F. |

# EXHIBIT E

U.S. Patent No. 8,361,121

███████████████████████████████████████████

### Infringement of U.S. Patent No. 8,361,121 by SeaSpine's Mainer® Adult Deformity System

Plaintiff Dr. Mark A. Barry contends that the Mariner® Adult Deformity System—made, used, sold/offered for sale and/or loaned or consigned, and marketed by Defendants SeaSpine Holdings Corp., SeaSpine Orthopedics Corp., and SeaSpine, Inc. ("SeaSpine")—and all compatible components, systems, and constructs, infringes Claims 2, 3, and 4 (the "Asserted Claims") of U.S. Patent No. 8,361,121 ("the '121 patent") when surgeons perform an infringing procedure.  The specific components, systems, and constructs identified in this chart are for exemplary purposes only and Dr. Barry reserves all rights to supplement as additional components, systems, and constructs become known to Dr. Barry through discovery.  Dr. Barry contends that the components, systems, and constructs identified below are made available by SeaSpine at least through modular kits distributed by SeaSpine through its sales representatives to surgeons performing the infringing methods and constructing the infringing systems, and that SeaSpine's infringement arises at least through the act of making the Mariner Adult Deformity System modular kits and all compatible components, systems, and constructs available to surgeons.

Specifically, SeaSpine induces infringement of Dr. Barry's claimed methods and systems through programs and efforts at instruction and education, with knowledge of Dr. Barry's patents.  For example, SeaSpine uses sales representatives and training programs, including providing written materials, to detail the benefits and manner of creating surgical constructs that it knows would infringe Dr. Barry's patents. Indeed, SeaSpine has an entire webpage devoted to training and education. https://www.seaspine.com/training-and-education/.  SeaSpine advertises that "SeaSpine® provides hands on training with our experts through a Company Overview and Systems Training (COAST) program, opportunities for peer-to-peer training with surgeons and a custom built bioskills lab to engage in education at a state of the art facility."  *Id*.  Finally, SeaSpine has a page directed to spinal fixation products.  *See* https://www.seaspine.com/product-types/fixation.  SeaSpine describes its fixation systems as "screws, rods, or plates that are used to help stabilize and align the spine during the healing process."  *Id*.

SeaSpine induces infringement knowing the validity and specific infringement of Dr. Barry's Asserted Claims through its own monitoring of the market of spinal deformity correction and the outcome of *Mark A. Barry, MD, v. Medtronic, Inc*., Civil Action No. 14-104 (E.D. Tex.) (the "Medtronic litigation").  For example, SeaSpine stated in its Answer to Dr. Barry's Complaint that "Defendant SeaSpine, Inc. admits that it was served with subpoena(s) by Plaintiff related to his lawsuit against Medtronic."  D.I. 17 at ¶ 45.  Defendant SeaSpine also admits that its Predecessor Integra LifeSciences received a letter from Dr. Barry on August 25, 2017, regarding its infringement of Dr. Barry's Asserted Patents, including the '358 Patent.  *Id.* at ¶ 46.

Moreover, SeaSpine has induced infringement of Dr. Barry's patents based on its Mariner Adult Deformity System since at least the launch of that system and, in any event, no later than the date of these infringement contentions. SeaSpine provides specific instruction, encouragement, and education to surgeons that induces their infringement of Dr. Barry's claimed methods and systems.

U.S. Patent No. 8,361,121 ████████████████████████████

SeaSpine performs each of these actions with specific knowledge of its infringement and with intent to cause infringement, or at the very least, with intentional, willful blindness to the infringing nature of its induced conduct. For example, SeaSpine specifically intended to infringe this and all other Asserted Patents[1] at least since the launch of the Mariner Adult Deformity System. Indeed, by then, Dr. Barry had already sent Integra LifeSciences (which spun-off SeaSpine) an August 28, 2017, letter regarding infringement of the Asserted Patents based on another SeaSpine derotation system, Daytona, where SeaSpine admits that the Mariner Adult Deformity system merely ████████ SeaSpine_Barry_001385 at 1406. Further, Dr. Barry served SeaSpine, Inc. with subpoenas in relation to the prior Medtronic litigation on January 27, 2016, identifying the '358 and '121 patents.

The following charts explain how the Mariner Adult Deformity System, when used in deformity surgery as instructed, taught, and encouraged by SeaSpine, infringes the asserted claims. Dr. Barry's infringement contentions within this document apply to all iterations and versions, whether discontinued or still in use, of the Mariner Adult Deformity System. *See, e.g., Linex Techs., Inc. v. Belkin Int'l, Inc*., 628 F. Supp. 2d 703, 711 (E.D. Tex. 2008) ("Plaintiff is correct that using an exemplary product to outline infringement contentions can be sufficient.").

To avoid any doubt, Dr. Barry's infringement contentions extend to and encompass the use of any Mariner derotation instruments together with (a) the instruments from a non-Mariner system and/or (b) the implants from a non-Mariner system. For example, SeaSpine teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.,* ████████████████████████████████████████ ████████ *see also* K211606, at 3 ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device).

Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe the asserted claims. Dr. Barry's infringement theories extend to all of SeaSpine's screw- and rod-based systems that share the infringing characteristics. These include, by way of example only:

- Daytona™ Deformity System instruments with NewPort Spinal Implants. *See* Newport Spinal System Indications for Use

---

[1] United States Patent Nos. 7,670,358 ("the '358 patent"); 8,361,121 ("the '121 patent"); 9,339,301 ("the '301 patent"); 9,668,787 ("the '787 patent"); and 9,668,788 ("the '788 patent") are, collectively, the "Asserted Patents."

U.S. Patent No. 8,361,121

████████████████████████████████████

- Daytona™ Deformity System instruments with NorthStar Spinal implants. *See* NorthStar OCT Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Atoll OCT Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Sierra Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Malibu Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Mariner Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Mariner Adult Deformity Instruments with Mariner Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with Mariner MIS Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with North Star Spinal System implants. *See* NorthStar OCT Spinal System Indications for Use.

Accordingly, each of these Accused Instrumentalities and the use thereof infringe for the reasons that follow.

U.S. Patent No. 8,361,121

███████████████████████████████████████████████████

**Asserted Claim 2**:  Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 2-A]** A system for aligning vertebrae in the amelioration of aberrant spinal column deviation conditions comprising: | The Mariner Adult Deformity System is used to align vertebrae in the amelioration of aberrant spinal column deviation conditions. SeaSpine explains, for example, that the ████████████████ ████████████████████████ Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2818. SeaSpine also explains that the indications for use of the Mariner Adult Deformity System include ███████████████████ *Id*. at -2851. SeaSpine also explains that the Mariner Adult Deformity System is "comprised of a range of implants, such as pre-contoured and constrained rods, uni-planar and fenestrated screws, hooks, lateral connectors, and modular screw heads, including those with a rigidly attached rod connector, as well as instruments for pedicle subtraction osteotomy, iliac fixation, reduction, derotation, and correction."  Mariner Instructions For Use ("Mariner IFU") at 1.<br><br>Surgeons infringe this claim, and the asserted claims, when they use the Mariner Adult Deformity System to aid in deformity correction maneuvers with various SeaSpine pedicle screws and spinal rod-based systems, including the Mariner Polyaxial and Uniplanar screw products. The screw and rod-based systems are exemplary. Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe this claim. Dr. Barry's infringement theories extend to all of SeaSpine's rod-based systems that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 8,361,121

████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | SeaSpine induces infringement of this claim (and all other Asserted Claims), including, but not limited to, through its surgical technique guide for the Mariner Adult Deformity System. Surgeons infringe this claim, and all other Asserted Claims, when they use the Mariner Adult Deformity System, alone or in combination with any of SeaSpine's screw- and rod-based systems as listed above, as instructed to aid in deformity correction maneuvers. |
| **[Element 2-B]** a first set of pedicle screws, each pedicle screw having a threaded shank segment and a head segment, and; | A surgery performed using the Mariner Adult Deformity System infringes when used in conjunction with a first set of pedicle screws having threaded shank segments and head segments. Multiple pedicle screws are implanted into a patient's spine as a first set of pedicle screws. *See, e.g.,* SeaSpine_Barry_002816 at -2820 ████████████████████████ ████████████ An exemplary depiction of a first set of pedicle screws appears below: |

U.S. Patent No. 8,361,121

███████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | <br><br>*Id.* at -2838 (annotated).<br><br>An exemplary depiction of individual Mariner polyaxial screw appears below.<br><br>These Mariner Adult Deformity System screws include both a threaded shank segment and a head segment. *Id.* at -2824 |

U.S. Patent No. 8,361,121

███████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  *Id.* at -2824 (annotated).<br><br>These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 8,361,121

██████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | |
| **[Element 2-C]** a first pedicle screw cluster derotation tool,<br><br>**[Element 2-D]** said first pedicle screw cluster derotation tool having a first handle means for facilitating simultaneous application of manipulative forces to said first set of pedicle screws and a first group of three or more pedicle screw engagement members which are mechanically linked with said first handle means, said first handle means having a handle linked to each pedicle screw engagement member of the first group of three or more pedicle screw engagement members and a linking member to join together first set of handles linked to the pedicle screw engagement members, wherein the handle means is configured to move simultaneously each pedicle screw engagement member; | The Mariner Adult Deformity System includes a first pedicle screw cluster derotation tool with a first handle means mechanically linked with a first group of three or more pedicle screw engagement members (each with an individual handle) and a first set of pedicle screws.<br><br>The pedicle screw cluster derotation tool is assembled in Mariner Adult Deformity by, for example, ████████████████████████████ ████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), ████████████ (SeaSpine_Barry_002816 at -2831), and ████████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) and the tools and equipment used to assemble the construct.<br><br>On information and belief, surgeons have used the Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), and the Segmental Derotation Assembly, Longitudinal to connect a first group of pedicle screw engagement members of the Mariner Adult Deformity System both along and across the spine to construct a first pedicle screw cluster derotation tool. On further information and belief, SeaSpine has instructed, taught, encouraged surgeons to make such constructs. *See, e.g.*, Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ██████████████████; *See also* Design Validation Test Report, SeaSpine_Barry_002856 at -2905 ████████████. |

U.S. Patent No. 8,361,121

███████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  Upon information and belief, the Mariner Adult Deformity System can also be linked longitudinally, i.e., along the spine, with use of the Segmental Derotation Assembly, Longitudinal. |

U.S. Patent No. 8,361,121

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System. |
| | SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, "Daytona Small Stature Guide") ████████████████████████████████████████████ ████████████████████████████████████████████ ; *see also* K211606, at 3 ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device). |
| | On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to link or connect Mariner Adult Deformity System derotators along and/or across the spine. |
| | The Mariner Adult Deformity Spinal System includes a handle means mechanically linked to the pedicle screw engagement members, which in turn, engage pedicle screws implanted in the same vertebra. While not explicitly depicted in the Mariner Deformity Surgical Technique guide, as discussed |

U.S. Patent No. 8,361,121

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | above, the Daytona Deformity derotation clips and/or the Mariner Adult Deformity System's Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), the Segmental Derotation Assembly, Longitudinal, can be and have been applied between pedicle screw engagement members along the same side of the spine to form a first pedicle screw cluster derotation tool, including handle means mechanically linked to the pedicle screw engagement members (e.g., the manipulators or rotation tubes), which in turn engage a first set of pedicle screws implanted in multiple vertebra. SeaSpine_Barry_002280 at -2289 ██████████████ █████████████████████████████; *see also id*. ███████████████████████████████████████████ ███████████████████████████████████████████ ██████████████████████████ *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id*. at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done.").<br><br>To the extent this limitation is not literally present during spinal derotation, this limitation is satisfied under the doctrine of equivalents. Upon information and belief, spinal derotation performed using the Mariner Adult Deformity System handles and pedicle screw engagement members performs the same function in the same way with the same result as the claim element at issue. |

U.S. Patent No. 8,361,121

██████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | The function is to allow for the simultaneous application of manipulative forces to the engagement member (or as a part that may be grasped by the hand). In terms of the way, the handle connects to the pedicle screw engagement member which forms a cluster with other such members. In order to derotate the spine, the surgeon applies manipulative forces to a handle, which is, in turn, applied to each pedicle screw engagement member within the cluster. Thus, the result is the simultaneous application of manipulative forces to each pedicle screw engagement member in the cluster. For the same reasons, a person of ordinary skill in the art would find any differences between the Mariner Adult Deformity System and the claim limitation at issue to be insubstantial, and that the Mariner Adult Deformity System and the claim limitation are interchangeable. |
| **[Element 2-E]** pedicle screw engagement members which are mechanically linked with said first handle means; | *See* Element 2-D. The first handle means and pedicle screw engagement members are mechanically linked because they are physically connected to each other. |
| **[Element 2-F]** wherein each pedicle screw engagement member is configured to engage respectively with said head segment of each pedicle screw of said first set of pedicle screws; and | The Mariner Adult Deformity System includes pedicle screw engagement members that engage with the head segments of each screw in the first set of pedicle screws. *See, e.g.* Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2831 ████████████████████████ ██████████████████████████████████████ ████████████████████████████████; see also, Mariner Strength in Versatility, screenshot from 01:25 (annotated) |

U.S. Patent No. 8,361,121

████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | <br><br>*see also id*. 01:32 (annotated): |

U.S. Patent No. 8,361,121

████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  Exemplary point of engagement between a pedicle screw engagement member and the head segment of a pedicle screw. |
| **[Element 2-G]** wherein each pedicle screw | The Mariner Adult Deformity System is used to apply a manipulative force |

U.S. Patent No. 8,361,121

████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| engagement member is configured to transmit manipulative forces applied to said first handle means to said head segment of each pedicle screw of said first set of pedicle screws; | to the spine to aid in spinal deformity correction maneuvers. *See, e.g.,* Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2831. The surgeon uses the Mariner instruments to perform derotation by applying force to the first handle means which are joined by a physical connection to the pedicle screw engagement members. *See* Element 2-E. This force then travels through the pedicle screw engagement members to the head segments of the first set of pedicle screws, which are implanted in multiple vertebrae. This accomplishes simultaneous *en bloc* vertebral derotation by distributing the forces over multiple vertebral levels simultaneously, ameliorating the aberrant spinal column deviation condition. *See, e.g.,* SeaSpine_Barry_002280 at -2289 ███████████████████████████████████████████████ ████████████████*, see also id.* ███████████ ████████████████████████████████████████████████ ██████████. |
| **[Element 2-H]** a second set of pedicle screws, each pedicle screw having a threaded shank segment and a head segment; | The Mariner Adult Deformity System can be used with a second set of pedicle screws that may be implanted by the surgeon during a procedure. |

U.S. Patent No. 8,361,121

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  SeaSpine_Barry_002816 at -2838 (annotated). An exemplary depiction of individual Mariner polyaxial screw appears below. These Mariner Adult Deformity System screws include both a threaded shank segment and a head segment. *Id*. at -2824. |

U.S. Patent No. 8,361,121 ████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | <br><br>These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |
| **[Element 2-I]** a second pedicle screw cluster | The Mariner Adult Deformity System includes a second pedicle screw cluster |

U.S. Patent No. 8,361,121

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| derotation tool,<br><br>**[Element 2-J]** said second pedicle screw cluster derotation tool having a second handle means for facilitating simultaneous application of manipulative forces to said second set of pedicle screws and a second group of three or more pedicle screw engagement members which are mechanically linked with said second handle means, said second handle means having a handle linked to each pedicle screw engagement member of the second group of three or more pedicle screw engagement members and a handle linking member to join together the handles linked to the pedicle screw engagement members, wherein the handle means is configured to move simultaneously each pedicle screw engagement member; | <mark>derotation tool with a second handle means mechanically linked with a second group of three or more pedicle screw engagement members (each with an individual handle) and a second set of pedicle screws. *See* Element 2-C and Element 2-D.</mark><br><br>While not explicitly depicted, couplers can be applied between pedicle screw engagement members along the same side of the spine to form a second pedicle screw cluster derotation tool, including handle means mechanically linked to the pedicle screw engagement members (e.g., the manipulators or rotation tubes), which in turn, engage a first set of pedicle screws implanted in multiple vertebrae. For example, a second pedicle screw cluster derotation tool is assembled in Mariner Adult Deformity by, for example, use of the ████████████████████████████████████████ ██████████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), ██████████ ████ (SeaSpine_Barry_002816 at -2831), and ██████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) and the tools and equipment used to assemble the construct.<br><br>On information and belief, surgeons have used the Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), and the Segmental Derotation Assembly, Longitudinal to connect a first group of pedicle screw engagement members of the Mariner Adult Deformity System both along and across the spine to construct a first pedicle screw cluster derotation tool. On further information and belief, SeaSpine has instructed, taught, encouraged surgeons to make such constructs. See, e.g., Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ████████████████████ ; *See also* Design Validation Test Report, SeaSpine_Barry_002856 at -2905: |

U.S. Patent No. 8,361,121

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  Upon information and belief, the Mariner Adult Deformity System can also be linked longitudinally, i.e., along the spine, with use of the Segmental Derotation Assembly, Longitudinal. |

U.S. Patent No. 8,361,121

████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System.

SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, "Daytona Small Stature Guide") ████████████████████████████████████████████████ ██████████████████████████████; *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device).

On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to link or connect Mariner Adult Deformity System derotators along and/or across the spine.

As discussed above, two, three, or more pedicle screw engagement members can be linked on the same side of the spine as well as across the spine. One or more linking members can be used to link three or more pedicle screw engagement members along the same side of the spine. When three pedicle |

U.S. Patent No. 8,361,121 ████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | screw engagement members on one side of the spine are connected by one or more linking members, they form a representative pedicle screw cluster derotation tool. Likewise, when three pedicle screw engagement members on the other side of the spine are connected with one or more linking members, they form a second representative pedicle screw cluster derotation tool. Accordingly, such a construct would have two tools, each on opposite sides of the spine.<br><br>To the extent this limitation is not literally present during spinal derotation surgeries using the MESA 2 derotation instruments and implants, this limitation is satisfied under the doctrine of equivalents. Spinal derotation performed using the MESA 2 handles, linking members, and pedicle screw engagement members performs the same function in the same way with the same result as the claim element at issue. The function is to allow for the simultaneous application of manipulative forces to the engagement member (or as a part that may be grasped by the hand). In terms of the way, the handle connects to the pedicle screw engagement member which forms a cluster with other such members, joined by linking members. In order to derotate the spine, the surgeon applies manipulative forces to a handle, which is, in turn, applied to each pedicle screw engagement member within the cluster. Thus, the result is the simultaneous application of manipulative forces to each pedicle screw engagement member in the cluster. For the same reasons, a person of ordinary skill in the art would find any differences between the Mariner Adult Deformity System and the claim limitation at issue to be insubstantial, and that the Mariner Adult Deformity System and the claim limitation are interchangeable. |
| [Element 2-K] wherein each pedicle screw engagement member is configured to engage | See Elements 2-F, 2-I, and 2-J. The Mariner Adult Deformity System includes pedicle screw engagement members that engage with the head |

U.S. Patent No. 8,361,121

██████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| respectively with said head segment of each pedicle screw of said second set of pedicle screws; | segments of each screw in the second set of pedicle screws. *See, e.g.*, Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2831 ████████ ██████████████████████; *see also*, Mariner Strength in Versatility, screenshot from 01:25 (annotated):<br><br><br><br>*see also*, *id*. 01:32 (annotated): |

U.S. Patent No. 8,361,121

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  Exemplary point of engagement between a pedicle screw engagement member and the head segment of a pedicle screw. |
| **[Element 2-L]** and wherein each pedicle screw engagement member is configured to transmit manipulative forces applied to said second handle means to said head segment of each pedicle screw of said second set of pedicle | The Mariner Adult Deformity System is used to apply a manipulative force to the spine to aid in spinal deformity correction maneuvers. *See, e.g.,* Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2831. The surgeon uses the Mariner instruments to perform derotation by applying force to the second handle means which are joined by a physical |

U.S. Patent No. 8,361,121

████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| screws; | connection to the pedicle screw engagement members. *See* Element 2-E. This force then travels through the pedicle screw engagement members to the head segments of the second set of pedicle screws, which are implanted in multiple vertebrae. This accomplishes simultaneous *en bloc* vertebral derotation by distributing the forces over multiple vertebral levels simultaneously, ameliorating the aberrant spinal column deviation condition. *See, e.g.,* SeaSpine_Barry_002280 at -2289 ████████████████████ ██████████████ *see also id.* ██████ ████████████████████████████████ |
| **[Element 2-M]** a cross-linking member that links the first handle means to the second handle means. | The Mariner Adult Deformity System includes cross-linking members that can be used to link a first handle means to a second handle means. *See* Elements 1-B and 1-F. The cross-linking member in Mariner Adult Deformity System or capable of use with Mariner Adult Deformity System includes, for example, the use of the ████████████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), and the tools and equipment used to assemble the construct. |

U.S. Patent No. 8,361,121

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Design Validation Test Report, SeaSpine_Barry_002856 at -2905 (annotated; ■■■■■). As already explained above, two, three, or more pedicle screw engagement |

U.S. Patent No. 8,361,121

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | members can be linked on the same side of the spine as well as across the spine. One or more linking members can be used to link three or more adjacent pedicle screw engagement members along the same side of the spine. When the three adjacent pedicle screw engagement members on one side of the spine are connected with one or more linking members, they form a representative pedicle screw cluster derotation tool. Likewise, when the three adjacent pedicle screw engagement members on the other side of the spine are connected with one or more linking members, they form a second representative pedicle screw cluster derotation tool. Accordingly, such a construct would have two sets of pedicle screw engagement members, each on opposite sides of the spine. |

U.S. Patent No. 8,361,121 ███████████████████████████████████

**Asserted Claim 3**: Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 3-A]** The system of claim 2 further comprising a spinal rod member, wherein one or more of said pedicle screws each includes: | See Claim 2.<br><br>The Mariner Adult Deformity System works with various Mariner pedicle screws and rod-based systems that are used by selecting a first length of a spinal rod member with a first set of pedicle screws. *See, e.g.,* SeaSpine_Barry_002816 at -2827 ███████████████ <br>████████████████████████<br><br>████████████████ |

U.S. Patent No. 8,361,121

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | *Id.* at -2827.<br><br>████████████████████████████████<br><br>*Id.* at -2838 (annotated). |
| **[Element 3-B]** a spinal rod conduit formed substantially transverse of the length of each said pedicle screw and sized and shaped for receiving passage of said spinal rod member therethrough; and | Each Mariner Pedicle Screw System pedicle screw has a spinal rod conduit that is formed substantially transverse to the length of the screw body, sized and shaped to receive the spinal rod member. Depicted below is an exemplary Mariner Pedicle Screw System pedicle screw with the spinal rod conduit.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 00:40, https://www.seaspine.com/products/mariner/. |

U.S. Patent No. 8,361,121

███████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Spinal rod conduit sized and shaped for receiving passage of said spinal rod member therethrough<br><br>*See also* SeaSpine_Barry_002816 at -2834 (annotated): |

U.S. Patent No. 8,361,121

███████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ███████████████████████████████████████ |
| **[Element 3-C]** spinal rod engagement means for securing each said pedicle screw and said spinal rod, when extending through said spinal rod conduit, in a substantially fixed relative position and orientation. | The Mariner Adult Deformity System includes spinal rod engagement means for securing each pedicle screw and spinal rod, extending through the spinal rod conduit, in a substantially fixed relative position and orientation. For example, Mariner Pedicle Screw System screws include a set screw that is used to secure each pedicle screw and spinal rod member in a substantially fixed relative position and orientation. *See e.g.,* SeaSpine_Barry_002816 at -2834 ████████████████████████ ████████████████████████ |

U.S. Patent No. 8,361,121

████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ██████████████████████████████████████████ *Id.* |

U.S. Patent No. 8,361,121

███████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | <br><br>Spinal Rod engagement means being inserted into the head of the pedicle screw through the pedicle screw engagement means.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated).<br><br>*See also* Mariner IFU, at 1 ("The system consists of single-use implants including fixed, polyaxial, cephalad/caudal restricted-motion, and medial/lateral restrict motion pedicle screws as well as connecting spinal rods and a separate locking element.").<br><br>The described pedicle screws and rod-based system is exemplary. Dr. Barry's infringement theories extend to all SeaSpine pedicle screws and rod-based systems that share the infringing characteristics. |

U.S. Patent No. 8,361,121

████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | The Mariner Pedicle Screw System pedicle screws and set screws also meet this claim limitation under the doctrine of equivalents because they perform the same function in the same way with the same result as the claim limitation at issue. The function of the Mariner Pedicle Screw System set screw is to secure the rod onto the head of the pedicle screw. In terms of the way, the Mariner set screw is tightened by the surgeon into the rod conduit, and secures the rod to the heads of the pedicle screw. Thus, the result is that the Mariner set screw engages the rod and tightly secures it against the head of the pedicle screw. For the same reasons, a person of ordinary skill in the art would find the differences between the Mariner set screw and the claim limitation at issue are insubstantial, and that the locking mechanism and the claim limitation are interchangeable. |
| **[Element 3-D]** "spinal rod engagement means for securing each said pedicle screw and said spinal rod"<br><br>35 U.S.C. § 112(6) element | SeaSpine_Barry_002816 at -2834:<br><br>████████████████████████████████ |

U.S. Patent No. 8,361,121

███████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/. |

U.S. Patent No. 8,361,121

████████████████████████████████████████████████████

**Asserted Claim 4**:  Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 4-A]** The system of claim 3 wherein the spinal rod is precontoured. | *See* Claim 3.<br><br>The Mariner Adult Deformity System includes a spinal rod that is precontoured. Prior to extending the spinal rod through the spinal rod conduit of the pedicle screws, a surgeon contours the spinal rod member into the desired sagittal and/or coronal plane.<br><br>The Mariner Adult Deformity system contains precontoured spinal rods. See Mariner Adult Deformity System Surgical Technique Guide, SeaSpine_Barry_002816 at -2827 ████████████████ ████████████████████████ (emphasis added); *see also id*. at -2828.<br><br>████████████████████████ |

U.S. Patent No. 8,361,121

████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  |  |

# EXHIBIT F

U.S. Patent No. 9,339,301

███████████████████████████████████████████

## Infringement of U.S. Patent No. 9,339,301 by SeaSpine's Mariner® Adult Deformity System

Plaintiff Dr. Mark A. Barry contends that the Mariner® Adult Deformity System—made, used, sold/offered for sale and/or loaned or consigned, and marketed by Defendants SeaSpine Holdings Corp., SeaSpine Orthopedics Corp., and SeaSpine, Inc. ("SeaSpine")—and all compatible components, systems, and constructs, infringes Claims 1, 2 and 4 (the "Asserted Claims") of U.S. Patent No. 9,339,301 ("the '301 patent") when surgeons perform an infringing procedure. The specific components, systems, and constructs identified in this chart are for exemplary purposes only and Dr. Barry reserves all rights to supplement as additional components, systems, and constructs become known to Dr. Barry through discovery. Dr. Barry contends that the components, systems, and constructs identified below are made available by SeaSpine at least through modular kits distributed by SeaSpine through its sales representatives to surgeons performing the infringing methods and constructing the infringing systems, and that SeaSpine's infringement arises at least through the act of making the Mariner Adult Deformity System modular kits and all compatible components, systems, and constructs available to surgeons.

Specifically, SeaSpine induces infringement of Dr. Barry's claimed methods and systems through programs and efforts at instruction and education, with knowledge of Dr. Barry's patents. For example, SeaSpine uses sales representatives and training programs, including providing written materials, to detail the benefits and manner of creating surgical constructs that it knows would infringe Dr. Barry's patents. Indeed, SeaSpine has an entire webpage devoted to training and education. https://www.seaspine.com/training-and-education/. SeaSpine advertises that "SeaSpine® provides hands on training with our experts through a Company Overview and Systems Training (COAST) program, opportunities for peer-to-peer training with surgeons and a custom built bioskills lab to engage in education at a state of the art facility." *Id*. Finally, SeaSpine has a page directed to spinal fixation products. *See* https://www.seaspine.com/product-types/fixation. SeaSpine describes its fixation systems as "screws, rods, or plates that are used to help stabilize and align the spine during the healing process." *Id*.

SeaSpine induces infringement knowing the validity and specific infringement of Dr. Barry's Asserted Claims through its own monitoring of the market of spinal deformity correction and the outcome of *Mark A. Barry, MD, v. Medtronic, Inc*., Civil Action No. 14-104 (E.D. Tex.) (the "Medtronic litigation"). For example, SeaSpine stated in its Answer to Dr. Barry's Complaint that "Defendant SeaSpine, Inc. admits that it was served with subpoena(s) by Plaintiff related to his lawsuit against Medtronic." D.I. 17 at ¶ 45. Defendant SeaSpine also admits that its Predecessor Integra LifeSciences received a letter from Dr. Barry on August 25, 2017, regarding its infringement of Dr. Barry's Asserted Patents, including the '358 Patent. *Id.* at ¶ 46.

Moreover, SeaSpine has induced infringement of Dr. Barry's patents based on its Mariner Adult Deformity System since at least the launch of that system and, in any event, no later than the date of these infringement contentions. SeaSpine provides specific instruction, encouragement, and education to surgeons that induces their infringement of Dr. Barry's claimed methods and systems.

- 1 -

U.S. Patent No. 9,339,301 ████████████████████████████████████████████

SeaSpine performs each of these actions with specific knowledge of its infringement and with intent to cause infringement, or at the very least, with intentional, willful blindness to the infringing nature of its induced conduct. For example, SeaSpine specifically intended to infringe this and all other Asserted Patents[1] at least since the launch of the Mariner Adult Deformity System. Indeed, by then, Dr. Barry had already sent Integra LifeSciences (which spun-off SeaSpine) an August 28, 2017, letter regarding infringement of the Asserted Patents based on another SeaSpine derotation system, Daytona, where SeaSpine admits that the Mariner Adult Deformity system merely ████████████████████ SeaSpine_Barry_001385 at 1406. Further, Dr. Barry served SeaSpine, Inc. with subpoenas in relation to the prior Medtronic litigation on January 27, 2016, identifying the '358 and '121 patents.

The following charts explain how the Mariner Adult Deformity System, when used in deformity surgery as instructed, taught, and encouraged by SeaSpine, infringes the asserted claims.  Dr. Barry's infringement contentions within this document apply to all iterations and versions, whether discontinued or still in use, of the Mariner Adult Deformity System.  *See, e.g., Linex Techs., Inc. v. Belkin Int'l, Inc.*, 628 F. Supp. 2d 703, 711 (E.D. Tex. 2008) ("Plaintiff is correct that using an exemplary product to outline infringement contentions can be sufficient.").

To avoid any doubt, Dr. Barry's infringement contentions extend to and encompass the use of any Mariner derotation instruments together with (a) the instruments from a non-Mariner system and/or (b) the implants from a non-Mariner system.  For example, SeaSpine teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* ████████████████████████████████████████ ████████ ████████████████ ████████ ██████████ ████████ *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device).

Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe the asserted claims. Dr. Barry's infringement theories extend to all of SeaSpine's screw- and rod-based systems that share the infringing characteristics. These include, by way of example only:

- Daytona™ Deformity System instruments with NewPort Spinal Implants. *See* Newport Spinal System Indications for Use

---

[1] United States Patent Nos. 7,670,358 ("the '358 patent"); 8,361,121 ("the '121 patent"); 9,339,301 ("the '301 patent"); 9,668,787 ("the '787 patent"); and 9,668,788 ("the '788 patent") are, collectively, the "Asserted Patents."

U.S. Patent No. 9,339,301

███████████████████████████████████████

- Daytona™ Deformity System instruments with NorthStar Spinal implants. *See* NorthStar OCT Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Atoll OCT Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Sierra Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Malibu Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Mariner Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Mariner Adult Deformity Instruments with Mariner Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with Mariner MIS Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with North Star Spinal System implants. *See* NorthStar OCT Spinal System Indications for Use.

Accordingly, each of these Accused Instrumentalities and the use thereof infringe for the reasons that follow.

U.S. Patent No. 9,339,301

███████████████████████████████████████████████

**Asserted Claim 1**:  Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 1-A]** A system for aligning human vertebrae comprising: | The Mariner Adult Deformity System is used to align human vertebrae. SeaSpine explains that the ████████████████████ ████████████████████████ *See* Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2818. SeaSpine also explains that the indications for use of the Mariner Adult Deformity System include ██████████████████████████████ *Id.* at -2851. SeaSpine also explains that the Mariner Adult Deformity System is "comprised of a range of implants, such as pre-contoured and constrained rods, uni-planar and fenestrated screws, hooks, lateral connectors, and modular screw heads, including those with a rigidly attached rod connector, as well as instruments for pedicle subtraction osteotomy, iliac fixation, reduction, derotation, and correction."  Mariner Instructions For Use ("Mariner IFU") at 1. <br><br> Surgeons infringe this claim, and the asserted claims, when they use the Mariner Adult Deformity System to aid in deformity correction maneuvers with various SeaSpine pedicle screws and spinal rod-based systems, including the Mariner Polyaxial and Uniplanar screw products. The screw and rod-based systems are exemplary. Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe this claim. Dr. Barry's infringement theories extend to all of SeaSpine's rod-based systems that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 9,339,301

██████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | SeaSpine induces infringement of this claim (and all other Asserted Claims), including, but not limited to, through its surgical technique guide for the Mariner Adult Deformity System. Surgeons infringe this claim, and all other Asserted Claims, when they use the Mariner Adult Deformity System, alone or in combination with any of SeaSpine's screw- and rod-based systems as listed above, as instructed to aid in deformity correction maneuvers. |
| **[Element 1-B]** a first set of at least three pedicle screws, each pedicle screw having a threaded shank and a head, said first set of pedicle screws adapted to be implanted in a first group of at least three vertebrae; | A surgery performed using the Mariner Adult Deformity System infringes this claim when used in conjunction with a first set of at least three pedicle screws having threaded shank segments and head segments. At least three pedicle screws are implanted into a patient's spine as a first set of pedicle screws. *See, e.g.,* SeaSpine_Barry_002816 at -2820 ███████████████████████ ███████████████ An exemplary depiction of a first set of at least three pedicle screws appears below: |

U.S. Patent No. 9,339,301

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---------------|-------------------------------------------|
|               |  *Id.* at -2838 (annotated). An exemplary depiction of individual Mariner Adult Deformity Screws. These Mariner Adult Deformity screws include both a threaded shank segment and a head segment. |

U.S. Patent No. 9,339,301

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  |

*Id*. at -2824 (annotated).

==These Mariner Adult Deformity System pedicle screws are merely exemplary.==
All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. Dr. Barry's infringement theories extend to all of SeaSpine's rod-based systems that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle

U.S. Patent No. 9,339,301

██████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Screw System implants. |
| **[Element 1-C]** a first pedicle screw cluster derotation tool adapted to facilitate simultaneous application of rotative force in a single motion to said first group of at least three vertebrae,<br><br>**[Element 1-D]** said first pedicle screw cluster derotation tool having a first set of at least three pedicle screw engagement members configured to engage the heads of the corresponding first set of at least three pedicle screws,<br><br>**[Element 1-E]** said first set of pedicle screw engagement members being interconnected by a first linking member such that application of rotative force in the single motion to said pedicle screw engagement members simultaneously moves all of the interconnected pedicle screw engagement members; | The Mariner Adult Deformity System includes a first pedicle screw cluster derotation tool adapted to facilitate simultaneous application of rotative force in a single motion to the first group of at least three vertebrae.<br><br>The pedicle screw cluster derotation tool is assembled in Mariner Adult Deformity by, for example, ████████████████████████ ██████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), ████████████ (SeaSpine_Barry_002816 at -2831), and ██████████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) and the tools and equipment used to assemble the construct.<br><br>On information and belief, surgeons have used the Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), and the Segmental Derotation Assembly, Longitudinal to connect a first group of pedicle screw engagement members of the Mariner Adult Deformity System both along and across the spine to construct a first pedicle screw cluster derotation tool. On further information and belief, SeaSpine has instructed, taught, encouraged surgeons to make such constructs. *See, e.g.,* Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ███████████████████████████████████████; *See also* Design Validation Test Report, SeaSpine_Barry_002856 at -2905 ████████████████████████████████████; |

U.S. Patent No. 9,339,301

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  Upon information and belief, the Mariner Adult Deformity System can also be linked longitudinally, i.e., along the spine, with use of the Segmental Derotation Assembly, Longitudinal. |

U.S. Patent No. 9,339,301

████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System.<br><br>SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, ("Daytona Small Stature Guide") ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████; *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device). Accordingly, the Mariner Adult Deformity System also infringes this claim element because SeaSpine teaches that these components can be used, and in fact are used, by surgeons to link derotators on multiple (i.e., two, three, or more) vertebrae along and across the spine.<br><br>On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to link or connect Mariner Adult Deformity System derotators along and/or across the spine. |

U.S. Patent No. 9,339,301

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | While not explicitly depicted in the Mariner Deformity Surgical Technique guide, as discussed above, the Daytona Deformity derotation clips and/or the Mariner Adult Deformity System's Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM),  and the Segmental Derotation Assembly, Longitudinal, can be and have been applied between pedicle screw engagement members along the same side of the spine to form a first pedicle screw cluster derotation tool, which in turn engage a first set of at least three pedicle screws implanted in multiple vertebra. *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id*. at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done.").<br><br>Thus, when the engagement members are rotated by a surgeon during surgery, manipulative forces that are applied to the pedicle screw engagement members are applied to all of the interconnected pedicle screw engagement members simultaneously. This distributes the forces over multiple vertebral levels and results in the corrective en bloc axial rotation.<br><br>To the extent this limitation is not literally present during spinal derotation surgeries using the Mariner Adult Deformity System derotation instruments and implants, and any other instruments and implants compatible with the Mariner Adult Deformity System, this limitation is satisfied under the doctrine |

U.S. Patent No. 9,339,301

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | of equivalents. Spinal derotation performed using the Mariner Adult Deformity System and/or compatible handles, linking members, and pedicle screw engagement members performs the same function in the same way with the same result as the claim element at issue. The function is to allow for the simultaneous application of manipulative forces to the engagement member (or as a part that may be grasped by the hand). In terms of the way, the handle connects to the pedicle screw engagement member which forms a cluster with other such members, joined by linking members. In order to derotate the spine, the surgeon applies manipulative forces to a handle, which is, in turn, applied to each pedicle screw engagement member within the cluster. Thus, the result is the simultaneous application of manipulative forces to each pedicle screw engagement member in the cluster. For the same reasons, a person of ordinary skill in the art would find any differences between the Mariner Adult Deformity System and any other instruments and implants compatible with the Mariner Adult Deformity System, and the claim limitation at issue to be insubstantial, and that the Mariner Adult Deformity System and any other instruments and implants compatible with Mariner Adult Deformity System, and the claim limitation are interchangeable. |
| **[Element 1-F]** a second set of at least three pedicle screws, each pedicle screw of said second set of pedicle screws having a threaded shank and a head, said second set of pedicle screws adapted to be implanted in said first group of at least three vertebrae; | *See* Element 1-B.<br><br>A surgery performed using the Mariner Adult Deformity System infringes when used in conjunction with a second set of at least three pedicle screws having threaded shank segments and head segments. At least three pedicle screws are implanted into a patient's spine as a second set of pedicle screws. An exemplary depiction of a second set of at least three pedicle screws appears below: |

U.S. Patent No. 9,339,301

██████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  |

SeaSpine_Barry_002816 at -2838 (annotated).

An exemplary depiction of individual Mariner Adult Deformity Screws appears below. These Mariner Adult Deformity screws include both a threaded shank segment and a head segment.

U.S. Patent No. 9,339,301

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| |  *Id*. at -2824 (annotated). <br><br> These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 9,339,301

████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 1-G]** a second pedicle screw cluster derotation tool adapted to facilitate simultaneous application of rotative force in the single motion to said first group of at least three vertebrae,<br><br>**[Element 1-H]** said second pedicle screw cluster derotation tool having a second set of at least three pedicle screw engagement members configured to engage the heads of the corresponding second set of at least three pedicle screws,<br><br>**[Element 1-I]** said second set of pedicle screw engagement members being interconnected by a second linking member such that application of the rotative force in the single motion to one or more of the pedicle screw engagement members of said first or second set of pedicle screw engagement members simultaneously moves all of the respectively interconnected pedicle screw engagement members of said first and second set of pedicle screw engagement members; and | The Mariner Adult Deformity System includes a second pedicle screw cluster derotation tool adapted to facilitate simultaneous application of rotative force in a single motion to the first group of at least three vertebrae. *See* Elements 1-C, 1-D, and 1-E.<br><br>While not explicitly depicted, couplers can be applied between pedicle screw engagement members along the same side of the spine to form a second pedicle screw cluster derotation tool, including at least three pedicle screw engagement members (e.g., the manipulators or rotation tubes), which in turn engage a second set of pedicle screws implanted in multiple vertebrae. For example, ████████████████████████████████ ████████████████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), ████████████ (SeaSpine_Barry_002816 at -2831), and ██████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) and the tools and equipment used to assemble the construct. *See, e.g.,* BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id.* at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done.").<br><br>On information and belief, surgeons have used the Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), and the Segmental |

U.S. Patent No. 9,339,301

████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Derotation Assembly, Longitudinal to connect a first group of pedicle screw engagement members of the Mariner Adult Deformity System both along and across the spine to construct a second pedicle screw cluster derotation tool. On further information and belief, SeaSpine has instructed, taught, encouraged surgeons to make such constructs. *See, e.g.*, Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ████████████████████████ ████████████████████████; *See also* Design Validation Test Report, SeaSpine_Barry_002856 at -2905 ████████████████████████████████. |
| | SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, ("Daytona Small Stature Guide") ████████████████████████████████████████████ ████████████████████████████████ *see also* K211606, at 3 ("Mariner Deformity System Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."); *id.* at 1 (citing Daytona Deformity System as a legally marketed predicate device). Accordingly, the Mariner Adult Deformity System also infringes this claim element because SeaSpine teaches that these components can be used, and in fact are used, by surgeons to link derotators on multiple (i.e., two, three, or more) vertebrae along and across the spine. |
| | On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to |

U.S. Patent No. 9,339,301

██████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | link or connect Mariner Adult Deformity System derotators along and/or across the spine.<br><br>Thus, when the engagement members are rotated by a surgeon during surgery, manipulative forces that are applied to the pedicle screw engagement members are applied to all of the interconnected pedicle screw engagement members simultaneously. This distributes the forces over multiple vertebral levels and results in the corrective en bloc axial rotation.<br><br>To the extent this limitation is not literally present during spinal derotation surgeries using the Mariner Adult Deformity System derotation instruments and implants, and any other instruments and implants compatible with the Mariner Adult Deformity System, this limitation is satisfied under the doctrine of equivalents. Spinal derotation performed using the Mariner Adult Deformity System and/or compatible handles, linking members, and pedicle screw engagement members performs the same function in the same way with the same result as the claim element at issue. The function is to allow for the simultaneous application of manipulative forces to the engagement member (or as a part that may be grasped by the hand). In terms of the way, the handle connects to the pedicle screw engagement member which forms a cluster with other such members, joined by linking members. In order to derotate the spine, the surgeon applies manipulative forces to a handle, which is, in turn, applied to each pedicle screw engagement member within the cluster. Thus, the result is the simultaneous application of manipulative forces to each pedicle screw engagement member in the cluster. For the same reasons, a person of ordinary skill in the art would find any differences between the Mariner Adult Deformity System and any other instruments and implants compatible with the Mariner Adult Deformity System, and the claim limitation at issue to be insubstantial, and that the Mariner Adult Deformity System and any other instruments and implants compatible with Mariner Adult Deformity System, and the claim limitation are interchangeable. |

U.S. Patent No. 9,339,301

███████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 1-J]** a cross-linking member interconnecting said first set of pedicle screw engagement members and said second set of pedicle screw engagement members; | The Mariner Adult Deformity System includes cross-linking members that interconnect first and second sets of pedicle screw engagement members. *See* Elements 1-B and 1-F. The cross-linking member in Mariner Adult Deformity System or capable of use with Mariner Adult Deformity System includes, for example, ████████████████████████ ███████████████████ (Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209), and the tools and equipment used to assemble the construct. |

U.S. Patent No. 9,339,301

███████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ████████████████████████████████████████████████ Design Validation Test Report, SeaSpine_Barry_002856 at -2905 (annotated) (███████████████████████████████████████████ ██████. As already explained above, two, three, or more pedicle screw engagement |

U.S. Patent No. 9,339,301

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | members can be linked on the same side of the spine as well as across the spine. One or more linking members can be used to link three or more adjacent pedicle screw engagement members along the same side of the spine. When the three adjacent pedicle screw engagement members on one side of the spine are connected with one or more linking members, they form a representative pedicle screw cluster derotation tool. Likewise, when the three adjacent pedicle screw engagement members on the other side of the spine are connected with one or more linking members, they form a second representative pedicle screw cluster derotation tool. Accordingly, such a construct would have two sets of pedicle screw engagement members, each on opposite sides of the spine. |
| [Element 1-K] wherein each pedicle screw engagement member of said first and second set of pedicle screw engagement members is configured to transmit the rotative force to said head of said pedicle screw to which said respective pedicle screw engagement member is engaged so as to be adapted to simultaneously rotate the vertebrae of the first group of at least three vertebrae. | The prior analysis and SeaSpine's Mariner-related technique guides confirm that this claim element is met by various Mariner Adult Deformity pedicle screw engagement members. A surgeon uses the Mariner Adult Deformity System to apply a manipulative force to the spine to aid in spinal deformity correction maneuvers. *See, e.g.*, Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at -2289 ██████████████████████████ ████████████████████████████████████ While not explicitly depicted, upon information and belief, surgeons can use the Mariner Adult Deformity instruments to perform derotation by applying force to the pedicle screw engagement members. This force then travels through the pedicle screw engagement members to the pedicle screws upon which the engagement members are respectively engaged, which are implanted in multiple vertebrae. This accomplishes simultaneous *en bloc* vertebral derotation by distributing the forces over multiple vertebral levels simultaneously. *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and |

U.S. Patent No. 9,339,301

████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | tools are self-propagating."); *id*. at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done."). |

U.S. Patent No. 9,339,301

███████████████████████████████

**Asserted Claim 2**: Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 2-A]** The system of claim 1, further comprising a handle member configured to be coupled to one or more of said pedicle screw engagement members, said handle member in cooperation with said first linking member facilitating the simultaneous application of the rotative force to each pedicle screw of said first set of at least three pedicle screws. | *See* Claim 1.<br><br>The Mariner Adult Deformity System includes a handle member configured to be coupled with one or more pedicle screw engagement members. *See, e.g.,* SeaSpine_Barry_002816 at -2831.<br><br>████████████████████████ |

U.S. Patent No. 9,339,301

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  *Id.* <br><br> Upon information and belief, The Mariner Adult Deformity System can be and has been constructed to include a handle member coupled to one or more pedicle screw engagement members, which in turn engage a first set of pedicle screws implanted in multiple vertebrae. When a handle member is rotated by a physician during surgery, manipulative forces that are applied to the handle member are transferred through the handle member and linking member to the pedicle screw engagement members simultaneously, which is then transferred to facilitate the simultaneous application of rotative force to each pedicle screw in the first set of pedicle screws. This distributes the forces over multiple vertebral levels and results in the corrective *en bloc* axial rotation. *See, e.g.*, Mariner Adult Deformity Traceability Matrix, SeaSpine_Barry_002280 at - 2289 ███████████. <br><br> To the extent this limitation is not literally present during spinal derotation |

U.S. Patent No. 9,339,301

████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | surgeries using the Mariner Adult Deformity System derotation instruments and implants, and any other instruments and implants compatible with Mariner Adult Deformity System, this limitation is satisfied under the doctrine of equivalents. Spinal derotation performed using the Mariner Adult Deformity System and/or compatible handles and pedicle screw engagement members performs the same function in the same way with the same result as the claim element at issue. The function is to allow for the simultaneous application of manipulative forces to the engagement member (or as a part that may be grasped by the hand). In terms of the way, the handle connects to the pedicle screw engagement member joined by linking members. In order to derotate the spine, the surgeon applies manipulative forces to a handle, which is, in turn, applied to each pedicle screw engagement member within the cluster. Thus, the result is the simultaneous application of manipulative forces to each pedicle screw engagement member. For the same reasons, a person of ordinary skill in the art would find any differences between the Mariner Adult Deformity System and any other instruments and implants compatible with Mariner Adult Deformity System and the claim limitation at issue to be insubstantial, and that the Mariner Adult Deformity System and any other instruments and implants compatible with Mariner Adult Deformity System and the claim limitation are interchangeable. |

U.S. Patent No. 9,339,301

███████████████████████████████████████████████████

**Asserted Claim 4**: Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 4-A]** The system of claim 1, further comprising a spinal rod member, wherein one or more of said pedicle screws of said set of at least three pedicle screws each includes: | The Mariner Adult Deformity System works with various Mariner pedicle screws and rod-based systems that are used by selecting a first length of a spinal rod member with a first set of pedicle screws. *See, e.g.*, SeaSpine_Barry_002816 at -2827 ████████ <br><br> ████████████████████████████████████ <br><br> ████████████████████████████████████ <br><br> *Id.* at -2827. |

U.S. Patent No. 9,339,301

███████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  *Id.* at -2838 (annotated). |
| | The described pedicle screws and rod-based system are exemplary. Dr. Barry's infringement theories extend to all SeaSpine pedicle screw and rod based systems that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |
| **[Element 4-B]** a spinal rod conduit formed substantially transverse of the length of each | Each Mariner Pedicle Screw System pedicle screw has a spinal rod conduit that is formed substantially transverse to the length of the screw body, sized |

U.S. Patent No. 9,339,301

███████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| said pedicle screw and sized and shaped for receiving passage of said spinal rod member therethrough; and | and shaped to receive the spinal rod member. Depicted below is an exemplary Mariner Pedicle Screw System pedicle screw with the spinal rod conduit.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 00:40, https://www.seaspine.com/products/mariner/:<br><br><br><br>*See also* SeaSpine_Barry_002816 at -2834 (annotated): |

U.S. Patent No. 9,339,301

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ███████████████████████████████████████ |
| **[Element 4-C]** a spinal rod engagement member configured to threadably engage said head segment of each said pedicle screw and for securing each said pedicle and said spinal rod, when extending through said spinal rod conduit, in a substantially fixed relative position and orientation. | The Mariner Adult Deformity System includes spinal rod engagement members configured to threadably engage said head segment of each said pedicle screw and for securing each said pedicle and said spinal rod, when extending through said spinal rod conduit, in a substantially fixed relatively position and orientation.<br><br>Each Mariner Adult Deformity pedicle screw has a spinal rod conduit that is formed substantially transverse to the length of the screw body, sized and |

U.S. Patent No. 9,339,301

████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | shaped to receive the spinal rod member. Depicted below is an exemplary Mariner Adult Deformity System pedicle screw with the spinal rod conduit.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 00:40, https://www.seaspine.com/products/mariner/:<br><br><br><br>Spinal rod conduit sized and shaped for receiving passage of said spinal rod member therethrough |

U.S. Patent No. 9,339,301

████████████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | *See also* SeaSpine_Barry_002816 at -2834 (annotated):<br><br>████████████████████████████████████<br><br>Further, for example, the Mariner Adult Deformity System includes spinal rod engagement means for securing each pedicle screw and spinal rod, extending through the spinal rod conduit, in a substantially fixed relative position and orientation. For example, Mariner Adult Deformity System screws, including a set screw, is used to secure each pedicle screw and spinal rod member in a substantially fixed relative position and orientation. *See e.g., id.* at -2834<br>████████████████████████████ |

U.S. Patent No. 9,339,301

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ *Id.* |

U.S. Patent No. 9,339,301

██████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | <br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated).<br><br>*See also* Mariner IFU, at 1 ("The system consists of single-use implants including fixed, polyaxial, cephalad/caudal restricted-motion, and medial/lateral restrict motion pedicle screws as well as connecting spinal rods and a separate locking element.")<br><br>The described pedicle screws and rod-based system is exemplary. Dr. Barry's infringement theories extend to all SeaSpine pedicle screws and rod-based systems that share the infringing characteristics. |

U.S. Patent No. 9,339,301
C████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | The Mariner Adult Deformity System deformity screws and/or set screws also meet this claim limitation under the doctrine of equivalents because they perform the same function in the same way with the same result as the claim limitation at issue. The function of the set screws is to secure the rod onto the head of the pedicle screw. In terms of the way, the set screws are tightened by the surgeon into the rod conduit and secure the rod to the heads of the pedicle screw. Thus, the result is that the set screws engage the rod and tightly secure it against the head of the pedicle screw. For the same reasons, a person of ordinary skill in the art would find the differences between the set screws and the claim limitation at issue are insubstantial, and that the locking mechanism and the claim limitation are interchangeable. |
| **[Element 4-D]** "a spinal rod engagement member configured to threadably engage said head segment of each said pedicle screw and for securing each said pedicle and said spinal rod"<br><br>35 U.S.C. § 112(6) element | SeaSpine_Barry_002816 at -2834: |

U.S. Patent No. 9,339,301

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated). |

# EXHIBIT G

U.S. Patent No. 9,668,787

████████████████████████████████████████

## Infringement of U.S. Patent No. 9,668,787 by SeaSpine's Mariner® Adult Deformity System

Plaintiff Dr. Mark A. Barry contends that the Mariner® Adult Deformity System—made, used, sold/offered for sale and/or loaned or consigned, and marketed by Defendants SeaSpine Holdings Corp., SeaSpine Orthopedics Corp., and SeaSpine, Inc. ("SeaSpine")—and all compatible components, systems, and constructs, infringes Claims 2, 3, and 6 (the "Asserted Claims") of U.S. Patent No. 7,668,787 ("the '787 patent") when surgeons perform an infringing procedure. The specific components, systems, and constructs identified in this chart are for exemplary purposes only and Dr. Barry reserves all rights to supplement as additional components, systems, and constructs become known to Dr. Barry through discovery. Dr. Barry contends that the components, systems, and constructs identified below are made available by SeaSpine at least through modular kits distributed by SeaSpine through its sales representatives to surgeons performing the infringing methods and constructing the infringing systems, and that SeaSpine's infringement arises at least through the act of making the Mariner Adult Deformity System modular kits and all compatible components, systems, and constructs available to surgeons.

Specifically, SeaSpine induces infringement of Dr. Barry's claimed methods and systems through programs and efforts at instruction and education, with knowledge of Dr. Barry's patents. For example, SeaSpine uses sales representatives and training programs, including providing written materials, to detail the benefits and manner of creating surgical constructs that it knows would infringe Dr. Barry's patents. Indeed, SeaSpine has an entire webpage devoted to training and education. https://www.seaspine.com/training-and-education/. SeaSpine advertises that "SeaSpine® provides hands on training with our experts through a Company Overview and Systems Training (COAST) program, opportunities for peer-to-peer training with surgeons and a custom built bioskills lab to engage in education at a state of the art facility." *Id*. Finally, SeaSpine has a page directed to spinal fixation products. *See* https://www.seaspine.com/product-types/fixation. SeaSpine describes its fixation systems as "screws, rods, or plates that are used to help stabilize and align the spine during the healing process." *Id*.

SeaSpine induces infringement knowing the validity and specific infringement of Dr. Barry's Asserted Claims through its own monitoring of the market of spinal deformity correction and the outcome of *Mark A. Barry, MD, v. Medtronic, Inc*., Civil Action No. 14-104 (E.D. Tex.) (the "Medtronic litigation"). For example, SeaSpine stated in its Answer to Dr. Barry's Complaint that "Defendant SeaSpine, Inc. admits that it was served with subpoena(s) by Plaintiff related to his lawsuit against Medtronic." D.I. 17 at ¶ 45. Defendant SeaSpine also admits that its Predecessor Integra LifeSciences received a letter from Dr. Barry on August 25, 2017, regarding its infringement of Dr. Barry's Asserted Patents, including the '358 Patent. *Id.* at ¶ 46.

Moreover, SeaSpine has induced infringement of Dr. Barry's patents based on its Mariner Adult Deformity System since at least the launch of that system and, in any event, no later than the date of these infringement contentions. SeaSpine provides specific instruction, encouragement, and education to surgeons that induces their infringement of Dr. Barry's claimed methods and systems.

U.S. Patent No. 9,668,787

████████████████████████████████████████

SeaSpine performs each of these actions with specific knowledge of its infringement and with intent to cause infringement, or at the very least, with intentional, willful blindness to the infringing nature of its induced conduct. For example, SeaSpine specifically intended to infringe this and all other Asserted Patents[1] at least since the launch of the Mariner Adult Deformity System. Indeed, by then, Dr. Barry had already sent Integra LifeSciences (which spun-off SeaSpine) an August 28, 2017, letter regarding infringement of the Asserted Patents based on another SeaSpine derotation system, Daytona, where SeaSpine admits that the Mariner Adult Deformity system merely ████████ SeaSpine_Barry_001385 at 1406. Further, Dr. Barry served SeaSpine, Inc. with subpoenas in relation to the prior Medtronic litigation on January 27, 2016, identifying the '358 and '121 patents.

The following charts explain how the Mariner Adult Deformity System, when used in deformity surgery as instructed, taught, and encouraged by SeaSpine, infringes the asserted claims.  Dr. Barry's infringement contentions within this document apply to all iterations and versions, whether discontinued or still in use, of the Mariner Adult Deformity System.  *See, e.g., Linex Techs., Inc. v. Belkin Int'l, Inc.*, 628 F. Supp. 2d 703, 711 (E.D. Tex. 2008) ("Plaintiff is correct that using an exemplary product to outline infringement contentions can be sufficient.").

To avoid any doubt, Dr. Barry's infringement contentions extend to and encompass the use of any Mariner derotation instruments together with (a) the instruments from a non-Mariner system and/or (b) the implants from a non-Mariner system.  For example, SeaSpine teaches that components of the Daytona ████████████████████████████

████████████████     *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device).

Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe the asserted claims. Dr. Barry's infringement theories extend to all of SeaSpine's screw- and rod-based systems that share the infringing characteristics. These include, by way of example only:

- Daytona™ Deformity System instruments with NewPort Spinal Implants. *See* Newport Spinal System Indications for Use

---

[1] United States Patent Nos. 7,670,358 ("the '358 patent"); 8,361,121 ("the '121 patent"); 9,339,301 ("the '301 patent"); 9,668,787 ("the '787 patent"); and 9,668,788 ("the '788 patent") are, collectively, the "Asserted Patents."

- 2 -

U.S. Patent No. 9,668,787

█████████████████████████████████████████

- Daytona™ Deformity System instruments with NorthStar Spinal implants. *See* NorthStar OCT Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Atoll OCT Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Sierra Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Malibu Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Mariner Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Mariner Adult Deformity Instruments with Mariner Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with Mariner MIS Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with North Star Spinal System implants. *See* NorthStar OCT Spinal System Indications for Use.


Accordingly, each of these Accused Instrumentalities and the use thereof infringe for the reasons that follow.

U.S. Patent No. 9,668,787

████████████████████████████████████████

**Asserted Claim 2:** Infringement under 35 U.S.C. §§ 271(a) and (b)

**Claim 1** (because Claim 1 is incorporated by reference into Asserted Claim 2 and Asserted Claim 3):

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| **[Element 1-A]** A method of applying a manipulative force to a target region of a spinal column during a surgical procedure, the method comprising: | The Mariner Adult Deformity System is used to apply a manipulative force to a target region of a spinal column during a surgical procedure. SeaSpine explains that the ████████████████ ████████████████████████████████████ *See* Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2818. SeaSpine also explains that the indications for use of the Mariner Adult Deformity System include ██████████ ███████████████████████████████ *Id.* at -2851. SeaSpine also explains that the Mariner Adult Deformity System is "comprised of a range of implants, such as pre-contoured and constrained rods, uni-planar and fenestrated screws, hooks, lateral connectors, and modular screw heads, including those with a rigidly attached rod connector, as well as instruments for pedicle subtraction osteotomy, iliac fixation, reduction, derotation, and correction." Mariner Instructions For Use ("Mariner IFU") at 1. |

U.S. Patent No. 9,668,787

██████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Surgeons infringe this claim, and the asserted claims, when they use the Mariner Adult Deformity System to aid in deformity correction maneuvers with various SeaSpine pedicle screws and spinal rod-based systems, including the Mariner Polyaxial and Uniplanar screw products. The screw and rod-based systems are exemplary. Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe this claim. Dr. Barry's infringement theories extend to all of SeaSpine's rod-based systems that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants.<br><br>SeaSpine induces infringement of this claim (and all other Asserted Claims), including, but not limited to, through its surgical technique guide for the Mariner Adult Deformity System. Surgeons infringe this claim, and all other Asserted Claims, when they use the Mariner Adult Deformity System, alone or in combination with any of SeaSpine's screw- and rod-based systems as listed above, as instructed to aid in deformity correction maneuvers. |
| **[Element 1-B]** implanting a first pedicle screw into a first pedicle of a first vertebra;<br><br>**[Element 1-C]** implanting a second pedicle screw into a second pedicle of the first vertebra;<br><br>**[Element 1-D]** implanting a third pedicle screw into a first pedicle of a second vertebra; | A surgery performed using the Mariner Adult Deformity System infringes when used in conjunction with at least four pedicle screws implanted into the pedicles of two vertebrae. *See, e.g.*, SeaSpine_Barry_002816 at -2820 ████<br>████████████████████████████████████<br>████████████████████████████████████<br><br>The figure below shows the first and second pedicle screws implanted on the first and second pedicles of a first vertebra with the third and fourth pedicle screws implanted on the first and second pedicles of a second vertebra. |

- 5 -

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 1-E]** implanting a fourth pedicle screw into a second pedicle of the second vertebra; |  *Id*. at -2838 (annotated).<br><br>An exemplary depiction of individual Mariner polyaxial screw appears below. |

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | <br><br>*Id.* at -2824 (annotated).<br><br>These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 9,668,787

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | |
| **[Element 1-F]** temporarily engaging a first elongated lever with the first pedicle screw;<br><br>**[Element 1-G]** temporarily engaging a second elongated lever with the second pedicle screw;<br><br>**[Element 1-H]** temporarily engaging a third elongated lever with the third pedicle screw;<br><br>**[Element 1-I]** temporarily engaging a fourth elongated lever with the fourth pedicle screw; | Upon information and belief, The Mariner Adult Deformity System includes at least four elongated levers which temporarily engage with the pedicle screws. The elongated levers used in Mariner Adult Deformity System are, for example, ████████ (SeaSpine_Barry_002816 at -2831), and ████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) or other extensions from pedicle screws that can be linked laterally or longitudinally to other extensions.<br><br>The figure below depicts the Mariner Adult Deformity System, including two elongated levers temporarily engaged with the two pedicle screws. The elongated levers temporarily engage with the screw heads of the two pedicle screws.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 01:32, https://www.seaspine.com/products/mariner/ (annotated): |

- 8 -

U.S. Patent No. 9,668,787

███████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Exemplary point of engagement between a pedicle screw engagement member and the head segment of a pedicle screw.<br><br>Upon information and belief, the elongated levers of the Mariner Adult Deformity Systems can be attached to each pedicle screw implanted in a patient's spine. In this way, four elongated levers can be temporarily attached |

U.S. Patent No. 9,668,787

██████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | to the first, second, third, and fourth pedicle screws implanted in the first and second vertebrae of a patient's spine. |
| **[Element 1-J]** linking together the first, second, third and fourth elongated levers in both a craniocaudal direction and a transverse direction such that the first, second, third and fourth elongated levers move together in unison; | The Mariner Adult Deformity System includes linking together of the first, second, third and fourth elongated levers. The figure below depicts the Mariner Adult Deformity System having the elongated levers linked in the transverse direction. The figure below is merely exemplary. |

U.S. Patent No. 9,668,787

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Design Validation Test Report, SeaSpine_Barry_002856 at -2905 (annotated).<br><br>The Mariner Adult Deformity System includes a cross-linking member configured to link the elongated levers in a transverse direction (across the spine) such that when any of the elongated levers are rotated by a surgeon during surgery, the levers move together in unison. The cross-linking member in Mariner or capable of use with Mariner includes, for example, the ████████████████████████████<br><br>*See, e.g.*, Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209.<br><br>The Mariner Adult Deformity System includes a linking member configured to link the elongated levers in a craniocaudal direction (along the spine) such that when any of the elongated levers are rotated by a surgeon during surgery, the levers move together in unison. For example, on information and belief, the ████████████████████████████ *See* Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209.<br><br>As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System. |

U.S. Patent No. 9,668,787

███████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, "Daytona Small Stature Guide") ███████████████████████████████████████ ; *see also* K211606, at 3 ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."); *id.* at 1 (citing Daytona Deformity System as a legally marketed predicate device). <br><br> On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to link or connect Mariner Adult Deformity System derotators along and/or across the spine. |

U.S. Patent No. 9,668,787

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | The Mariner Adult Deformity Spinal System includes a handle means mechanically linked to the pedicle screw engagement members, which in turn, engage pedicle screws implanted in the same vertebra. While not explicitly depicted in the Mariner Deformity Surgical Technique guide, as discussed above, the Daytona Deformity derotation clips and/or the Mariner Adult Deformity System's Segmental Derotation Assembly (LG), Segmental Derotation Assembly (SM), the Segmental Derotation Assembly, Longitudinal, can be and have been applied between pedicle screw engagement members along the same side of the spine to form a first pedicle screw cluster derotation tool, including handle means mechanically linked to the pedicle screw engagement members (e.g., the manipulators or rotation tubes), which in turn engage a first set of pedicle screws implanted in multiple vertebra. *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id*. at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done."). |

U.S. Patent No. 9,668,787

████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | Thus, when the handle means are rotated by a surgeon during surgery, manipulative forces that are applied to the handle means are transferred to the head segments of the pedicle screws. This distributes the forces over multiple vertebral levels and results in the corrective global or *en bloc* axial rotation. SeaSpine_Barry_002280 at -2289 ████████  ████  *see also id.* ████████████████████████████████████████████████ |
| **[Element 1-K]** moving the linked together first, second, third and fourth elongated levers in unison to simultaneously rotate the first and the second vertebrae through the pedicle screws about a craniocaudal roll axis, wherein leverage is generated by each of the first, second, third and fourth elongated levers during the moving step; and | When the surgeon moves any one of the elongated levers during surgery, the levers move in unison. The leverage generated by each of the linked levers results in the simultaneous rotation of the first and second vertebrae through the pedicle screws about a craniocaudal roll axis. SeaSpine_Barry_002280 at -2289 ████  *see also id.* ████████████████████████████████████████████████. |
| **[Element 1-L]** disengaging the first, second, third and fourth elongated levers from their respective pedicle screws before concluding the surgical procedure such that alignment maintaining forces are sustained on the spinal column by at least some of the pedicle screws without aid from the elongated levers. | The Mariner Adult Deformity System allows for attachment and disengagement of the elongated levers from their respective pedicle screws before concluding the surgical procedure such that the alignment maintaining forces are sustained on the spinal column by at least some of the pedicle screws without aid from the elongated levers. *See, e.g.*, Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2831. ████████████████  After the surgeon derotates the vertebrae using the Mariner Adult Deformity System, they disengage the elongated levers from their respective screws before concluding the surgical procedure. *See, e.g., id.* Alignment maintaining |

- 14 -

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | forces are sustained on the spinal column by at least some of the pedicle screws, absent the elongated levers. *See, e.g., id.* |

U.S. Patent No. 9,668,787

██████████████████████████████████████████████████

**Asserted Claim 2:** Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 2-A]** The method of claim 1, wherein the first vertebra and the second vertebra are immediately adjacent vertebrae of the spinal column. | *See* Claim 1.<br><br>The Mariner Adult Deformity System infringes wherein the first vertebra and the second vertebra are immediately adjacent vertebrae of the spinal column where the pedicle screws are implanted.<br><br>The figure below shows the first and second vertebrae immediately adjacent to one another in the spinal column where the system is implanted and engaged: |

U.S. Patent No. 9,668,787

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  |

U.S. Patent No. 9,668,787

████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | *See, e.g.*, Mariner Strength in Versatility, screenshot from 01:32, https://www.seaspine.com/products/mariner/ (annotated). |

U.S. Patent No. 9,668,787

U.S. Patent No. 9,668,787

███████████████████████████████████████████████

**Asserted Claim 3**: Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 3-A]** The method of claim 1, further comprising | *See* Claim 1. |
| **[Element 3-B]** implanting a fifth pedicle screw into a first pedicle of a third vertebra;<br><br>**[Element 3-C]** implanting a sixth pedicle screw into a second pedicle of the third vertebra; | *See* Elements 1-B – 1-E.<br><br>A surgery performed using the Mariner Adult Deformity System infringes when used in conjunction with at least six pedicle screws implanted in the pedicles of three vertebrae. Multiple pedicle screws are implanted into a patients' spine. *See* Claim 1; *See, also* SeaSpine_Barry_002816 at -2820 ████████████████████████████████████████ *see also, e.g., id.* at -2828 ████████████████████.<br><br>An exemplary depiction of individual Mariner polyaxial screw appears below.<br><br>These Mariner Adult Deformity System screws include both a threaded shank segment and a head segment. |

- 20 -

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  *Id.* at -2824 (annotated).<br><br>These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | The figure below shows the fifth and sixth pedicle screws implanted on the first and second pedicles of a third vertebra.<br><br>*Id.* at -2838 (annotated). |

U.S. Patent No. 9,668,787

████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 3-D]** temporarily engaging a fifth elongated lever with the fifth pedicle screw;<br><br>**[Element 3-E]** temporarily engaging a sixth elongated lever with the sixth pedicle screw; | *See* Elements 1-F – 1-I.<br><br>Upon information and belief, the Mariner Adult Deformity System includes a fifth and sixth elongated lever which temporarily engage with the fifth and sixth pedicle screws, respectively. *See* Claim 1.<br><br>The figure below depicts the Mariner Adult Deformity System, including elongated levers temporarily engaged with implanted pedicle screws. The elongated levers engage with the screw heads of the six pedicle screws.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 01:32, https://www.seaspine.com/products/mariner/: |

U.S. Patent No. 9,668,787

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  Exemplary point of engagement between a pedicle screw engagement member and the head segment of a pedicle screw.<br><br>Upon information and belief, the elongated levers of the Mariner Adult Deformity Systems can be attached to each pedicle screw implanted in a patient's spine. In this way, six elongated levers can be temporarily attached to |

U.S. Patent No. 9,668,787

███████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | the first, second, third, fourth, fifth, and sixth pedicle screws implanted in the first, second, and third vertebrae of a patient's spine. |
| **[Element 3-F]** linking together the first, second, third, fourth, fifth and sixth elongated levers in both a craniocaudal direction and a transverse direction such that the first, second, third, fourth, fifth and sixth elongated levers move together in unison; | *See* Element 1-J.<br><br>Upon information and belief, the Mariner Adult Deformity System includes linking together of the first, second, third, fourth, fifth, and sixth elongated levers. *See* Claim 1.<br><br>The figure below depicts the Mariner Adult Deformity System having the elongated levers linked in the transverse direction. The figure below is merely exemplary. |

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | <br><br><br><br><br><br><br><br><br><br><br>*See also* Design Validation Test Report, SeaSpine_Barry_002856 at -2905 (annotated).<br><br>The Mariner Adult Deformity System includes a cross-linking member configured to link the elongated levers in a transverse direction (across the spine) such that when any of the elongated levers are rotated by a surgeon during surgery, the levers move together in unison. The cross-linking member in Mariner or capable of use with Mariner includes, for example, ▮▮. |

U.S. Patent No. 9,668,787

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | *See, e.g.*, Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209.<br><br>As another example, the Mariner Adult Deformity System includes a linking member configured to link the elongated levers in a craniocaudal direction (along the spine) such that when any of the elongated levers are rotated by a surgeon during surgery, the levers move together in unison. For example, on information and belief, ████████████████████████ ████ *See* Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209.<br><br>As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System.<br><br>SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, "Daytona Small Stature Guide") ████████████████████████ *see also* K211606, at 3  ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device). |

- 27 -

U.S. Patent No. 9,668,787

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | On information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to link or connect Mariner Adult Deformity System derotators along and/or across the spine. |
| | While not explicitly depicted in the Mariner Deformity Surgical Technique guide, as discussed above, when any of the elongated levers are rotated by a surgeon during surgery, they move in unison. This distributes the forces over multiple vertebral levels and results in the corrective *en bloc* axial rotation. SeaSpine_Barry_002280 at -2289 ████████████████ *see also id.* ████████ ██████████████████ *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id.* at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done."). |

U.S. Patent No. 9,668,787

███████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 3-G]** moving the linked together first, second, third, fourth, fifth and sixth elongated levers in unison to simultaneously rotate the first, second and third vertebra through the pedicle screws about a craniocaudal roll axis; and | *See* Element 1-K.<br><br>When the surgeon moves any of the elongated levers during surgery, the levers move in unison. This results in the simultaneous rotation of the first, second, and third vertebrae through the pedicle screws about a craniocaudal roll axis. *See, e.g.*, SeaSpine_Barry_002280 at -2289 ████████████; *see also id.* ████████████████████████████████████████████████. |
| **[Element 3-H]** disengaging the first, second, third, fourth, fifth and sixth elongated levers from their respective pedicle screws before concluding the surgical procedure. | *See* Element 1-L.<br><br>The Mariner Adult Deformity System allows for attachment and disengagement of the elongated levers from their respective pedicle screws before concluding the surgical procedure such that the alignment maintaining forces are sustained on the spinal column by at least some of the pedicle screws without aid from the elongated levers. *See, e.g.*, Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2831. ██████████████████<br><br>After the surgeon derotates the vertebrae using the Mariner Adult Deformity System, they disengage the elongated levers from their respective screws before concluding the surgical procedure. *See, e.g., id.* Alignment maintaining forces are sustained on the spinal column by at least some of the pedicle screws, absent the elongated levers. *Id.* |

- 29 -

U.S. Patent No. 9,668,787

████████████████████████████████████████████

**Asserted Claim 6:** Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 6-A]** A method of applying a manipulative force to a target region of a spinal column during a surgical procedure, the method comprising: | *See* Element 1-A. |
| **[Element 6-B]** implanting a first pedicle screw into a first pedicle of a first vertebra;<br><br>**[Element 6-C]** implanting a second pedicle screw into a second pedicle of the first vertebra;<br><br>**[Element 6-D]** implanting a third pedicle screw into a first pedicle of a second vertebra;<br><br>**[Element 6-E]** implanting a fourth pedicle screw into a second pedicle of the second vertebra; | *See* Elements 1-B –1-E. |
| **[Element 6-F]** temporarily engaging a first elongated lever with the first pedicle screw;<br><br>**[Element 6-G]** temporarily engaging a second elongated lever with the second pedicle screw;<br><br>**[Element 6-H]** temporarily engaging a third elongated lever with the third pedicle screw; | *See* Elements 1-F – 1-I. |

U.S. Patent No. 9,668,787

██████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 6-I]** temporarily engaging a fourth elongated lever with the fourth pedicle screw; | |
| **[Element 6-J]** linking together the first, second, third and fourth elongated levers in both a craniocaudal direction and a transverse direction such that the first, second, third and fourth elongated levers move together in unison; | *See* Element 1-J. |
| **[Element 6-K]** moving the linked together first, second, third and fourth elongated levers in unison to simultaneously rotate the first and the second vertebrae through the pedicle screws about a craniocaudal roll axis; and | *See* Element 1-K. |
| **[Element 6-L]** disengaging the first, second, third and fourth elongated levers from their respective pedicle screws before concluding the surgical procedure, | *See* Element 1-L. |
| **[Element 6-M]** installing a spinal rod that extends in a craniocaudal direction between at least the first pedicle screw and the third pedicle screw; and | The Mariner Adult Deformity System works with various Mariner pedicle screws and rod-based systems that are used with a spinal rod. For example, Mariner offers a variety of spinal rods. *See, e.g.*, SeaSpine_Barry_002816 at -2827 ██████████████████████████ ██████████████████████████ ██████████ |

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ████████████████████████████████████████<br><br>*Id.* at -2827. |

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  *Id.* at -2838 (annotated). The described pedicle screws and rod system are exemplary. Dr. Barry's infringement theories extend to all SeaSpine pedicle screw and rod-based systems that share the infringing characteristics, including, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 9,668,787

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | ███████████████████████████████████████<br><br>*Id.* at -2838 (annotated). |
| **[Element 6-N]** between the moving and disengaging steps, tightening spinal rod engagement mechanisms on the first and third pedicle screws to secure the spinal rod to the first and third pedicle screws. | The Mariner Adult Deformity System infringes, for example, when the Mariner Polyaxial and Mariner Uniplanar screws and set screws are used as a locking mechanism to capture the rod while allowing for adjustment of the rod within the screw head. *See, e.g.*, SeaSpine_Barry_002816 at -2834 ████████ ██████████ After the moving/rotation step but before disengaging the levers, surgeons tighten the spinal rod engagement mechanisms on at least the first and third pedicle screws to secure the spinal rod to those screws. *See, e.g.*, |

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated):  Spinal Rod engagement means being inserted into the head of the pedicle screw through the pedicle screw engagement means. As depicted in the above image, the Mariner Adult Deformity System allows for the tightening of spinal rod engagement mechanisms on the first and third pedicle screws, through the spinal rod engagement mechanism, in between the tightening and disengaging steps. |

U.S. Patent No. 9,668,787

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 6-O]** "spinal rod engagement mechanisms"<br><br>35 U.S.C. § 112(6) element | ███████████████████████████████████████<br><br>SeaSpine_Barry_002816 at -2834.<br><br>*See also* Mariner Strength in Versatility, screenshot from 01:30, https://www.seaspine.com/products/mariner/ (annotated): |

U.S. Patent No. 9,668,787

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| |  Spinal Rod engagement means being inserted into the head of the pedicle screw through the pedicle screw engagement means. |

# EXHIBIT H

U.S. Patent No. 9,668,788

████████████████████████████████████████████

### Infringement of U.S. Patent No. 9,668,788 by SeaSpine's Mainer® Adult Deformity System

Plaintiff Dr. Mark A. Barry contends that the Mariner® Adult Deformity System—made, used, sold/offered for sale and/or loaned or consigned, and marketed by Defendants SeaSpine Holdings Corp., SeaSpine Orthopedics Corp., and SeaSpine, Inc. ("SeaSpine")—and all compatible components, systems, and constructs, infringes Claims 1, 2, and 6 (the "Asserted Claims") of U.S. Patent No. 9,668,788 ("the '788 patent") when surgeons perform an infringing procedure. The specific components, systems, and constructs identified in this chart are for exemplary purposes only and Dr. Barry reserves all rights to supplement as additional components, systems, and constructs become known to Dr. Barry through discovery. Dr. Barry contends that the components, systems, and constructs identified below are made available by SeaSpine at least through modular kits distributed by SeaSpine through its sales representatives to surgeons performing the infringing methods and constructing the infringing systems, and that SeaSpine's infringement arises at least through the act of making the Mariner Adult Deformity System modular kits and all compatible components, systems, and constructs available to surgeons.

Specifically, SeaSpine induces infringement of Dr. Barry's claimed methods and systems through programs and efforts at instruction and education, with knowledge of Dr. Barry's patents. For example, SeaSpine uses sales representatives and training programs, including providing written materials, to detail the benefits and manner of creating surgical constructs that it knows would infringe Dr. Barry's patents. Indeed, SeaSpine has an entire webpage devoted to training and education. https://www.seaspine.com/training-and-education/. SeaSpine advertises that "SeaSpine® provides hands on training with our experts through a Company Overview and Systems Training (COAST) program, opportunities for peer-to-peer training with surgeons and a custom built bioskills lab to engage in education at a state of the art facility." *Id.* Finally, SeaSpine has a page directed to spinal fixation products. *See* https://www.seaspine.com/product-types/fixation. SeaSpine describes its fixation systems as "screws, rods, or plates that are used to help stabilize and align the spine during the healing process." *Id.*

SeaSpine induces infringement knowing the validity and specific infringement of Dr. Barry's Asserted Claims through its own monitoring of the market of spinal deformity correction and the outcome of *Mark A. Barry, MD, v. Medtronic, Inc*., Civil Action No. 14-104 (E.D. Tex.) (the "Medtronic litigation"). For example, SeaSpine stated in its Answer to Dr. Barry's Complaint that "Defendant SeaSpine, Inc. admits that it was served with subpoena(s) by Plaintiff related to his lawsuit against Medtronic." D.I. 17 at ¶ 45. Defendant SeaSpine also admits that its Predecessor Integra LifeSciences received a letter from Dr. Barry on August 25, 2017, regarding its infringement of Dr. Barry's Asserted Patents, including the '358 Patent. *Id.* at ¶ 46.

Moreover, SeaSpine has induced infringement of Dr. Barry's patents based on its Mariner Adult Deformity System since at least the launch of that system and, in any event, no later than the date of these infringement contentions. SeaSpine provides specific instruction, encouragement, and education to surgeons that induces their infringement of Dr. Barry's claimed methods and systems.

U.S. Patent No. 9,668,788

███████████████████████████████████████████████████████

SeaSpine performs each of these actions with specific knowledge of its infringement and with intent to cause infringement, or at the very least, with intentional, willful blindness to the infringing nature of its induced conduct. For example, SeaSpine specifically intended to infringe this and all other Asserted Patents[1] at least since the launch of the Mariner Adult Deformity System. Indeed, by then, Dr. Barry had already sent Integra LifeSciences (which spun-off SeaSpine) an August 28, 2017, letter regarding infringement of the Asserted Patents based on another SeaSpine derotation system, Daytona, where SeaSpine admits that the Mariner Adult Deformity system merely ████████████████████████████████████████████████████████ SeaSpine_Barry_001385 at 1406. Further, Dr. Barry served SeaSpine, Inc. with subpoenas in relation to the prior Medtronic litigation on January 27, 2016, identifying the '358 and '121 patents.

The following charts explain how the Mariner Adult Deformity System, when used in deformity surgery as instructed, taught, and encouraged by SeaSpine, infringes the asserted claims. Dr. Barry's infringement contentions within this document apply to all iterations and versions, whether discontinued or still in use, of the Mariner Adult Deformity System. *See, e.g., Linex Techs., Inc. v. Belkin Int'l, Inc.*, 628 F. Supp. 2d 703, 711 (E.D. Tex. 2008) ("Plaintiff is correct that using an exemplary product to outline infringement contentions can be sufficient.").

To avoid any doubt, Dr. Barry's infringement contentions extend to and encompass the use of any Mariner derotation instruments together with (a) the instruments from a non-Mariner system and/or (b) the implants from a non-Mariner system. For example, SeaSpine teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ ██████████; *see also* K211606, at 3 ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."), and at 1 (citing Daytona Deformity System as a legally marketed predicate device).

Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe the asserted claims. Dr. Barry's infringement theories extend to all of SeaSpine's screw- and rod-based systems that share the infringing characteristics. These include, by way of example only:

- Daytona™ Deformity System instruments with NewPort Spinal Implants. *See* Newport Spinal System Indications for Use

---

[1] United States Patent Nos. 7,670,358 ("the '358 patent"); 8,361,121 ("the '121 patent"); 9,339,301 ("the '301 patent"); 9,668,787 ("the '787 patent"); and 9,668,788 ("the '788 patent") are, collectively, the "Asserted Patents."

2

U.S.  Patent No.  9,668,788

███████████████████████████████████

- Daytona™ Deformity System instruments with NorthStar Spinal implants. *See* NorthStar OCT Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Atoll OCT Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Sierra Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Malibu Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Daytona® Small Stature Spinal System Instruments with Mariner Spinal System implants. *See* Daytona® Small Stature Spinal System Indications for Use.
- Mariner Adult Deformity Instruments with Mariner Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with Mariner MIS Pedicle Screw System implants. *See* Mariner Adult Deformity Indications for Use.
- Mariner Adult Deformity Instruments with North Star Spinal System implants. *See* NorthStar OCT Spinal System Indications for Use.

Accordingly, each of these Accused Instrumentalities and the use thereof infringe for the reasons that follow.

U.S. Patent No. 9,668,788

███████████████████████████████████████████████████████████████

**Asserted Claim 1:** Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| **[Element 1-A]** A system for applying a manipulative force to a target region of a spinal column during a surgical procedure, the system comprising: | The Mariner Adult Deformity System is used to apply a manipulative force to a target region of a spinal column during a surgical procedure. SeaSpine explains that the ███████████████████████████████████ ████████████████████ Mariner Deformity Surgical Technique guide, SeaSpine_Barry_002816 at -2818. SeaSpine also explains that the indications for use of the Mariner Adult Deformity System include █████████████ ████████████████████████████████ *Id*. at -2851. SeaSpine also explains that the Mariner Adult Deformity System is "comprised of a range of implants, such as pre-contoured and constrained rods, uni-planar and fenestrated screws, hooks, lateral connectors, and modular screw heads, including those with a rigidly attached rod connector, as well as instruments for pedicle subtraction osteotomy, iliac fixation, reduction, derotation, and correction." Mariner Instructions For Use ("Mariner IFU") at 1. <br><br> Surgeons infringe this claim, and the asserted claims, when they use the Mariner Adult Deformity System to aid in deformity correction maneuvers with various SeaSpine pedicle screws and spinal rod-based systems, including the Mariner Polyaxial and Uniplanar screw products. The screw and rod-based systems are exemplary. Any screw- and rod-based systems offered by SeaSpine for use in conjunction with the Mariner Adult Deformity System infringe this claim. Dr. Barry's infringement theories extend to all of SeaSpine's rod-based systems that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S. Patent No. 9,668,788

████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | SeaSpine induces infringement of this claim (and all other Asserted Claims), including, but not limited to, through its surgical technique guide for the Mariner Adult Deformity System. Surgeons infringe this claim, and all other Asserted Claims, when they use the Mariner Adult Deformity System, alone or in combination with any of SeaSpine's screw- and rod-based systems as listed above, as instructed to aid in deformity correction maneuvers. |
| **[Element 1-B] a** first pedicle screw having a proximal portion and a distal portion, the distal portion of the first pedicle screw being configured to be implanted into a first pedicle of a first vertebra;<br><br>**[Element 1-C]** a second pedicle screw having a proximal portion and a distal portion, the distal portion of the second pedicle screw being configured to be implanted into a second pedicle of the first vertebra;<br><br>**[Element 1-D]** a third pedicle screw having a proximal portion and a distal portion, the distal portion of the third pedicle screw being configured to be implanted into a first pedicle of a second vertebra;<br><br>**[Element 1-E]** a fourth pedicle screw having a proximal portion and a distal portion, the distal portion of the fourth pedicle screw being | A surgery performed using the Mariner Adult Deformity System infringes when used in conjunction with at least four pedicle screws having a proximal portion and a distal portion, the distal portion of the pedicle screw being configured to be implanted into a pedicle of a vertebrae. *See, e.g.,* SeaSpine_Barry_002816 at -2820 ████████████ ████████████████████████████████████ ██████████████<br><br>At least four pedicle screws are implanted into first and second pedicles on a first vertebra and first and second pedicles on a second vertebra on a patient's spine. An exemplary depiction of the implanted pedicle screws appears below: |

U.S. Patent No. 9,668,788

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| configured to be implanted into a second pedicle of the second vertebra; |  *Id.* at -2838 (annotated). An exemplary depiction of individual Mariner polyaxial screw appears below. |

6

U.S. Patent No. 9,668,788

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ![black redacted image]<br><br>*Id.* at -2824 (annotated).<br><br>These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S.  Patent No.  9,668,788

████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 1-F]** a first elongated lever having a proximal portion and a distal portion, the distal portion of the first elongated lever being configured to temporarily engage with and provide leverage itself to the proximal portion of the first pedicle screw;<br><br>**[Element 1-G]** a second elongated lever having a proximal portion and a distal portion, the distal portion of the second elongated lever being configured to temporarily engage with and provide leverage itself to the proximal portion of the second pedicle screw;<br><br>**[Element 1-H]** a third elongated lever having a proximal portion and a distal portion, the distal portion of the third elongated lever being configured to temporarily engage with and provide leverage itself to the proximal portion of the third pedicle screw;<br><br>**[Element 1-I]** a fourth elongated lever having a proximal portion and a distal portion, the distal portion of the fourth elongated lever being configured to temporarily engage with and provide leverage itself to the proximal portion of the fourth pedicle screw; | Upon information and belief, the Mariner Adult Deformity includes at least four elongated levers having proximal and distal portions, the distal portion being configured to temporarily engage with and provide leverage to the proximal portion of the pedicle screws. The elongated levers used in Mariner Adult Deformity System are, for example, ████████ (SeaSpine_Barry_002816 at -2831), and ███████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) or other extension from the pedicle screw that can be linked laterally or longitudinally to other extensions.<br><br>The figure below depicts the Mariner Adult Deformity System, including two elongated levers temporarily engaged with the two pedicle screws. The elongated levers temporarily engage with the screw heads of the two pedicle screws.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 01:32, https://www.seaspine.com/products/mariner/ (annotated): |

U.S. Patent No. 9,668,788

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | <br><br>Upon information and belief, the elongated levers of the Mariner Adult Deformity Systems can be attached to each pedicle screw implanted in a patient's spine. In this way, four elongated levers can be temporarily attached to the first, second, third, and fourth pedicle screws implanted in the first and second vertebrae of a patient's spine. |

U.S. Patent No. 9,668,788

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 1-J]** a linking member configured to link at least two of the elongated levers in a axial direction such that they move in unison; and<br><br>**[Element 1-K]** a cross-linking member configured to link at least two of the elongated levers in a transverse direction such that they move in unison, | The Mariner Adult Deformity System includes linking together of the first, second, third and fourth elongated levers in both a axial and a transverse direction.<br><br>For example, the figure below depicts the Mariner Adult Deformity System having the elongated levers linked in the transverse direction. The figure below is merely exemplary.<br><br><br><br>Design Validation Test Report, SeaSpine_Barry_002856 at -2905 (annotated). |

U.S.  Patent No.  9,668,788

███████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | The Mariner Adult Deformity System includes a cross-linking member configured to link the elongated levers in a transverse direction (across the spine) such that when any of the elongated levers are rotated by a surgeon during surgery, the levers move together in unison. The cross-linking member in Mariner or capable of use with Mariner includes, for example, the ████████████████████████████████████████ *See, e.g.*, Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209.<br><br>The Mariner Adult Deformity System includes a linking member configured to link the elongated levers in a craniocaudal direction (along the spine) such that when any of the elongated levers are rotated by a surgeon during surgery, the levers move together in unison. For example, on information and belief, the Mariner Segmental Derotation Assembly, Longitudinal may be used, and have been used, to link derotators along the spine. *See* Mariner Product Development Quality Plan, SeaSpine_Barry_002194 at -2209.<br><br>As a further example, SeaSpine's Daytona Deformity Spinal System includes Short, Medium, and Long Derotation Clips to link pedicle screw engagement members along and across the spine. *See* Complaint, Ex. F at 14-15. On information and belief, the representative Daytona derotation clips may be used, and have been used, to link derotators along and across the spine in the Mariner Adult Deformity System. |

U.S.  Patent No.  9,668,788

███████████████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
|  | SeaSpine also teaches that components of the Daytona Deformity Systems can be combined with components of the Mariner Adult Deformity System for use in a single surgery. *See, e.g.* Daytona Small Stature Spinal System and Growth Rod Set Surgical Technique Guide – *e.g.*, "Daytona Small Stature Guide") ████████████████████████████████████████████████████ ████████████████████████████████████████ ; *see also* K211606, at 3 ("Mariner 510(k) Summary") ("the Mariner Deformity System is substantially equivalent to the cited legally marketed predicates."); *id.* at 1 (citing Daytona Deformity System as a legally marketed predicate device).<br><br>On information and belief, surgeons are able to use, and in fact have used, axial and transverse linking members from the Daytona Deformity spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used the Daytona Short, Medium, and Long Derotation Clips (or a similar construct) to link or connect Mariner Adult Deformity System derotators along and/or across the spine. |

U.S. Patent No. 9,668,788

████████████████████████████████████████

| Claim Element | SeaSpine's Mariner® Adult Deformity System |
|---|---|
| | Though not explicitly depicted, on information and belief, surgeons are able to use, and in fact have used, transverse and longitudinal connectors from Defendant's spinal systems in conjunction with the Mariner Adult Deformity System in surgical procedures to infringe this claim element. For example, consistent with SeaSpine's guidance, on information and belief, surgeons have used instruments from the Mariner Adult Deformity and or instruments from the Daytona Deformity System to link or connect Mariner Adult Deformity System derotators along and/or across the spine. *See, e.g.*, BarryDel0308126 at -308141 (Expert report of Dr. Krishn Sharma ("[e]ven if a device company at this point in time stopped including pictures of linked derotators across multiple levels, the promotion of, and aiding of surgeons to perform, the procedures has been done. So many surgeons are trained in using the technique and tools that the promotion and education of the techniques and tools are self-propagating."); *id.* at -308142 ("[t]he technique, and the tools needed to perform linked derotation, have become so ubiquitous that they intend for doctors to perform the procedure using the techniques and tools capable of the technique even if they themselves no longer actively promote it."); *see also id.* at -308142-45 (explaining why even if companies removed reference to *en bloc* derotation from their surgical guides, "the proverbial damage has already been done."). |
| **[Element 1-L]** wherein the system, when assembled, permits an operator to move the first, second, third and fourth elongated levers in unison to simultaneously rotate the first, second, third and fourth pedicle screws about a spinal column roll axis. | When the surgeon moves the elongated levers during surgery, such levers move in unison to simultaneously rotate the first, second, third and fourth pedicle screws about a spinal column roll axis. SeaSpine_Barry_002280 at -2289 ████████████████████ *see also id.* ████████████████ |

13

U.S. Patent No. 9,668,788

███████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---------------|-------------------------------------------|
|               | ███████████████████████████████████████   |

**Asserted Claim 2:** Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---------------|-------------------------------------------|
| **[Element 2-A]** The system of claim 1, further comprising: | *See* Claim 1. |
| **[Element 2-B]** a fifth pedicle screw having a proximal portion and a distal portion, the distal portion of the fifth pedicle screw being configured to be implanted into a first pedicle of a third vertebra;<br><br>**[Element 2-C]** a sixth pedicle screw having a proximal portion and a distal portion, the distal portion of the sixth pedicle screw being configured to be implanted into a second pedicle of the third vertebra; | *See* Elements 1-B – 1-E.<br><br>A surgery performed using the Mariner Adult Deformity System infringes when used in conjunction with at least six pedicle screws having a proximal portion and a distal portion, the distal portion of the pedicle screw being configured to be implanted into a pedicle of a third vertebra. *See* Claim 1; *See, also* SeaSpine_Barry_002816 at -2820 ████████████████<br><br>████████ *see also id.* at -2828 ████████████<br><br>An exemplary depiction of individual Mariner polyaxial screw appears below.<br><br>These Mariner Adult Deformity System screws include both a threaded shank segment and a head segment. |

14

U.S. Patent No. 9,668,788

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ *Id.* at -2824 (annotated). These Mariner Adult Deformity System pedicle screws are merely exemplary. All pedicle screws that SeaSpine distributes that are compatible with the Mariner Adult Deformity System satisfy this element. Dr. Barry's infringement analysis extends to all SeaSpine pedicle screws that share the infringing characteristics. These include, by way of example only, NewPort Spinal Implants, NorthStar Spinal implants, Atoll OCT Spinal System implants, Sierra Spinal System implants, Malibu Spinal System implants, Mariner Pedicle Screw System implants, Daytona Deformity Pedicle Screw System implants, and Mariner MIS Pedicle Screw System implants. |

U.S.  Patent No.  9,668,788

████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | The figure below shows the fifth and sixth pedicle screws implanted on the first and second pedicles of a third vertebra. <br><br> ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ <br><br> *Id.* at -2838 (annotated). |

U.S. Patent No. 9,668,788

█████████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 2-D]** a fifth elongated lever having a proximal portion and a distal portion, the distal portion of the fifth elongated lever being configured to temporarily engage with the proximal portion of the fifth pedicle screw; and<br><br>**[Element 2-E]** a sixth elongated lever having a proximal portion and a distal portion, the distal portion of the sixth elongated lever being configured to temporarily engage with the proximal portion of the sixth pedicle screw, | *See* Elements 1-F – 1-I.<br><br>Upon information and belief, the Mariner Adult Deformity includes at least four elongated levers having proximal and distal portions, the distal portion being configured to temporarily engage with and provide leverage to the proximal portion of the pedicle screws. The elongated levers used in Mariner Adult Deformity System are, for example, ████████ (SeaSpine_Barry_002816 at -2831), and ████████ (SeaSpine Design Validation Report, SeaSpine_Barry_002856 at -2857) or other extension from the pedicle screw that can be linked laterally or longitudinally to other extensions.<br><br>The figure below depicts the Mariner Adult Deformity System, including two elongated levers temporarily engaged with the two pedicle screws. The elongated levers temporarily engage with the screw heads of the two pedicle screws.<br><br>*See, e.g.*, Mariner Strength in Versatility, screenshot from 01:32, https://www.seaspine.com/products/mariner/ (annotated): |

U.S. Patent No. 9,668,788

████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| | Proximal portion of an elongated lever<br><br>Distal portion of the elongated lever.<br><br>Exemplary point of engagement between the distal portion of the elongated lever and the proximal portion of the pedicle screw<br><br>Upon information and belief, the elongated levers of the Mariner Adult Deformity Systems can be attached to each pedicle screw implanted in a patient's spine. In this way, six elongated levers can be temporarily attached to the first, second, third, fourth, fifth, and sixth pedicle screws implanted in the first, second, and third vertebrae of a patient's spine. |

U.S. Patent No. 9,668,788

██████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 2-F]** wherein the system, when assembled, permits an operator to move the first, second, third, fourth, fifth and sixth elongated levers in unison to simultaneously rotate the first, second, third, fourth, fifth and sixth pedicle screws about a spinal column roll axis. | *See* Element 1-L.<br><br>When the surgeon moves the elongated levers during surgery, such levers move in unison to simultaneously rotate the first, second, third, fourth, fifth, and sixth pedicle screws about a spinal column roll axis. *See, e.g.*, SeaSpine_Barry_002280 at -2289 ████████ ███████████████████████████ *see also id.* ███████████████████████████████████ ███████████████████████████████████ ████████████████████████ |

19

U.S. Patent No. 9,668,788

████████████████████████████████████

**Asserted Claim 6:** Infringement under 35 U.S.C. §§ 271(a) and (b)

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 6-A]** A system for applying a manipulative force to a target region of a spinal column during a surgical procedure, the system comprising: | *See* Element 1-A. |
| **[Element 6-B]** a first pedicle screw having a proximal portion and a distal portion, the distal portion of the first pedicle screw being configured to be implanted into a first pedicle of a first vertebra; <br><br> **[Element 6-C]** a second pedicle screw having a proximal portion and a distal portion, the distal portion of the second pedicle screw being configured to be implanted into a second pedicle of the first vertebra; <br><br> **[Element 6-D]** a third pedicle screw having a proximal portion and a distal portion, the distal portion of the third pedicle screw being configured to be implanted into a first pedicle of a second vertebra; <br><br> **[Element 6-E]** a fourth pedicle screw having a proximal portion and a distal portion, the distal portion of the fourth pedicle screw being configured to be implanted into a second pedicle of the second vertebra; | *See* Elements 1-B – 1-E. |

U.S. Patent No. 9,668,788

███████████████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 6-F]** a first elongated lever having a proximal portion and a distal portion, the distal portion of the first elongated lever being configured to temporarily engage with the proximal portion of the first pedicle screw;<br><br>**[Element 6-G]** a second elongated lever having a proximal portion and a distal portion, the distal portion of the second elongated lever being configured to temporarily engage with the proximal portion of the second pedicle screw;<br><br>**[Element 6-H]** a third elongated lever having a proximal portion and a distal portion, the distal portion of the third elongated lever being configured to temporarily engage with the proximal portion of the third pedicle screw;<br><br>**[Element 6-I]** a fourth elongated lever having a proximal portion and a distal portion, the distal portion of the fourth elongated lever being configured to temporarily engage with the proximal portion of the fourth pedicle screw; | *See* Elements 1-F – 1-I. |

21

U.S. Patent No. 9,668,788

███████████████████████████████████

| Claim Element | SeaSpine's Mainer® Adult Deformity System |
|---|---|
| **[Element 6-J]** a linking member configured to link at least two of the elongated levers in an axial direction such that they move in unison;<br><br>**[Element 6-K]** a cross-linking member configured to link at least two of the elongated levers in a transverse direction such that they move in unison, | *See* Elements 1-J and 1-K. |
| **[Element 6-L]** wherein the system, when assembled, permits an operator to move the first, second, third and fourth elongated levers in unison to simultaneously rotate the first, second, third and fourth pedicle screws about a spinal column roll axis, and | *See* Element 1-L. |
| **[Element 6-M]** multiple handles located on a construct formed by the first, second, third and fourth elongated levers linked together by the linking member and the cross-linking member, such that a manipulative force can be applied to the multiple handles individually or simultaneously. | Once a surgeon links and cross-links the elongated levers of the Mariner Adult Deformity System, the final, assembled construct has multiple handles that are formed by the first, second, third and fourth elongated levers linked together by the linking member and the cross-linking member. The proximal portion of each elongated lever is a representative handle and, when linked together by the linking member and cross-linking member, a surgeon applies force to an individual handle that applies force to all of the linked handles simultaneously. *See, e.g.*, SeaSpine_Barry_002280 at -2289 ██████████████ ████████; *see also id*. ████████████████████████████████████ ████████████████████████ |

# EXHIBIT I



| | **Design and Development Plan** | Doc No: D0003284<br>Rev: D<br>Page 1 of 8 |
|---|---|---|

**Project Name:**  Mariner Adult Deformity

**Project Number:**  0008-19

| AUTHOR | | |
|---|---|---|
| **Name/Title** | **Signature** | **Date** |
| Zebulon Yoder<br>Lead Project Engineer | See Agile | See Agile |

| REVISION HISTORY | | | |
|---|---|---|---|
| **Rev** | **Change Description** | **Author** | **Date** |
| A | Initial Release. | Zebulon Yoder | ███████ |
| B | Updated to close out Stage 2 of DHF 0008-19 | Zebulon Yoder | ███████ |
| C | Updated to close out DHF. | Zebulon Yoder | ███████ |
| D | Completed applicable deliverables for commercial release of items cleared under 510(k) K211606. | Zebulon Yoder | See Agile |

## 1.0    Project Description

The Mariner Adult Deformity system is a robust, refined, state-of-the-art, market-leading adult deformity solution, utilizing the unique Mariner Modular Technology.

## 2.0    Scope

The Mariner Adult deformity system is a comprehensive system of implants and instruments.  Implant technologies include unique screw technologies, hooks, pelvic fixation implants, and osteotomy site implants.  Instrumentation, including pelvic fixation preparation instruments, reduction tools, de-rotation options, and screw and rod manipulation options are part of this system.  A list of the project scope is in Appendix 1 of this document.

Products Configuration (check all that apply):

Implants:
☐ Sterile Packaged
☒ End User Sterilized
☐ Used Non-Sterile

Instruments:
☐ Sterile Packaged
☒ End User Sterilized
☐ Used Non-Sterile

Other:
☐ _____

## 3.0    Personnel, Equipment, and Other Resources

Doc No: D0003284
Rev: D
Page 2 of 8

3.1    Core Project Team members
  3.1.1
  3.1.2
  3.1.3
  3.1.4      
  3.1.5
  3.1.6
  3.1.7
  3.1.8

3.2    Extended Project Team members and responsibilities
  3.2.1    Manufacturing and Validations

3.3    Internal equipment resources
  3.3.1    Use of Quality Assurance Inspection Equipment
  3.3.2    Use of Mechanical Test Lab Equipment for characterizations or verifications

3.4    Other resources (e.g. outside services, supplies and equipment, manufacturing support, capital equipment)
  3.4.1    Third-Party Suppliers for the manufacturing of prototype or verification parts
  3.4.2    Design Surgeon Consultations

**4.0    Project Rationales**

The following elements apply to this project as indicated:



Template Number:  CPF-0301-01
Rev:  G

SeaSpine_Barry_002223

Doc No: D0003284
Rev: D
Page 3 of 8



Template Number:  CPF-0301-01
Rev:  G

SeaSpine_Barry_002224

Doc No: D0003284
Rev: D
Page 4 of 8



Template Number:  CPF-0301-01
Rev:  G

SeaSpine_Barry_002225

Doc No: D0003284
Rev: D
Page 5 of 8

## Appendix 1: Project Scope (Implants & Instruments)

| Screws | |
|--------|--------|
| **Number** | **Description** |
| ████ | ████████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Hooks | |
|-------|--------|
| **Number** | **Description** |
| ████ | ████████ |
| | |
| | |
| | |
| | |

| Connectors | |
|------------|--------|
| **Number** | **Description** |
| ████ | ████████ |
| | |
| | |
| | |
| | |

████████

████████

Template Number:  CPF-0301-01
Rev:  G

**SeaSpine_Barry_002226**

Doc No: D0003284
Rev: D
Page 6 of 8

| ███ Pre-Contoured Rods | |
| --- | --- |
| Number | Description |
| ███ | ███ |

| ███ Fenestrated Screws | |
| --- | --- |
| Number | Description |
| ███ | ███ |

| ███ - Preparation Instruments | |
| --- | --- |
| Number | Description |
| ███ | ███ |

| ███ Manipulation Instruments | |
| --- | --- |
| Number | Description |
| ███ | ███ |

███

███

Template Number:  CPF-0301-01
Rev:  G

**SeaSpine_Barry_002227**

Doc No: D0003284
Rev: D
Page 7 of 8



| | Securing/Final Tightening/Closure  Instruments | |
|---|---|---|
| **Number** | **Description** | |
| ██████ | ████████████ | |

| | Osteotomy Instruments | |
|---|---|---|
| **Number** | **Description** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

██████████

██████████████████████

Template Number:  CPF-0301-01
Rev:  G

SeaSpine_Barry_002228

Doc No: D0003284
Rev: D
Page 8 of 8



Template Number:  CPF-0301-01
Rev:  G

SeaSpine_Barry_002229

# EXHIBIT J



**Design Validation Test Report**

TR-0020-21-01
Rev: A
Page 5 of 51





| Design Validation Test Report | TR-0020-21-01<br>Rev: A<br>Page 13 of 51 |
| --- | --- |



SeaSpine_Barry_002868

 **Design Validation Test Report**

TR-0020-21-01
Rev: A
Page 33 of 51





**Design Validation Test Report**

TR-0020-21-01
Rev: A
Page 47 of 51

**Appendix C**
**Evaluation Lab Photos**

The following images are for reference only and do not impact the results of this report. The images are not intended to indicate any clinical requirements or system indications.



QF-20-01-10
Rev B

**SeaSpine_Barry_002902**



**Design Validation Test Report**

TR-0020-21-01
Rev: A
Page 50 of 51



SeaSpine_Barry_002905